UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WALTER EDWARD LEMM, JR.,                    :
Individually and on Behalf of All Others    :
Similarly Situated,                          :
                                             :
                Plaintiff,                   :
        v.                                   :          No. 1:24-cv-00903-NRM-JRC
                                             :
                                             :          Hon. Nina R. Morrison
NEW YORK COMMUNITY BANCORP,                  :
INC., THOMAS R. CANGEMI, and JOHN J.        :
PINTO,                                       :
                                             :
                Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DALE MISKEY, Individually and on            :
Behalf of All Others Similarly Situated,     :
                                             :
                Plaintiff,                   :
        v.                                   :          No. 2:24-cv-01118-NRM-JRC
                                             :
                                             :          Hon. Nina R. Morrison
NEW YORK COMMUNITY BANCORP,                  :
INC., THOMAS ROBERT CANGEMI, and            :
JOHN J. PINTO,                               :
                                             :
                Defendants.                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on February 6, 2024, Plaintiff Walter Edward Lemm Jr. ("Lemm")

filed a putative class action herein captioned *Lemm v. New York Community Bancorp, Inc.*, No.

1:24-cv-00903-NRM-JRC (E.D.N.Y.) (the "*Lemm* Action"), alleging claims under the Securities

Exchange Act of 1934 ("Exchange Act"), including the Private Securities Litigation Reform Act

of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, against defendants New York Community Bancorp.,

Inc. ("NYCB"), Thomas R. Cangemi and John J. Pinto (collectively, "Defendants") as a putative

class action "on behalf of persons and entities that purchased or otherwise acquired NYCB

securities between March 1, 2023 and January 30, 2024" (*Lemm* Action ECF No. 1, Compl. ¶ 1);

WHEREAS, on February 13, 2024, Plaintiff Dale Miskey filed a similar putative

class action captioned *Miskey v. New York Community Bancorp, Inc.*, No. 2:24-cv-01118-NRM-

JRC (E.D.N.Y.) (the "*Miskey* Action") herein, also under the Exchange Act against Defendants,

which arises out of the same nucleus of common operative facts as the earlier pending *Lemm*

Action, except that it was filed "on behalf of all purchasers of NYCB securities between March

1, 2023 and February 5, 2024" (*Miskey* Action ECF No. 1, Compl. ¶ 1);

WHEREAS, pursuant to Rule 1.6. of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, given the common issues of law and

fact and for the sake of efficient case management, the parties agree that the *Lemm* Action and

*Miskey* Action should be designated as related, despite addressing slightly different class periods;

WHEREAS, both actions assert claims for relief under Sections 10(b) and 20(a)

of the Securities Exchange Act of 1934, and accordingly are governed by the PSLRA;

WHEREAS, 15 U.S.C. §78u-4(a)(3)(A)(i) requires a plaintiff to cause a public

notice to be filed within 20 days of filing a putative class action that arises under the PSLRA,

which Lemm's counsel caused to be published on February 6, 2024;

WHEREAS, after the notice has been published, any purported class member has

60 days to move the court to serve as lead plaintiff on behalf of the putative class, 15 U.S.C.

§78u-4(a)(3)(A)(i)(II);

WHEREAS, the 60-day period began on February 6, 2024, when Lemm

published notice of the filing of the above-captioned securities class action;

WHEREAS, lead plaintiff motions are thus due by no later than April 8, 2024;

2

WHEREAS, to the extent that any related actions are subsequently filed, the parties anticipate filing a motion or stipulation to consolidate any such related actions into a single action;

WHEREAS, the lead plaintiff shall select lead counsel, subject to the court's approval, 15 U.S.C. §78u-4(a)(3)(B)(v), and, once appointed, shall identify an operative complaint or file a consolidated amended complaint that becomes the operative complaint;

WHEREAS, for the foregoing reasons, it is unclear at this time which putative class members will ultimately have the authority to act on behalf of the putative class and whether the court-appointed lead plaintiff(s) will file a consolidated complaint or stand on one of the existing *Lemm* Action or *Miskey* Action complaints;

WHEREAS, the parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in the *Lemm* Action or *Miskey* Action by any defendant should occur until after (i) any and all related actions pending at the time of the filing of the lead plaintiff motions are consolidated, if the Court deems such consolidation appropriate, (ii) the lead plaintiff's selection of lead counsel is  approved by the Court pursuant to the PSLRA, and (iii) such lead plaintiff designates or serves an operative complaint;

WHEREAS, the parties have conferred regarding service of process and, in order to conserve the parties' resources, the undersigned counsel hereby agree to accept service of process of the complaints filed in the *Lemm* Action and *Miskey* Action on behalf of all Defendants without prejudice to or waiver of any rights, remedies, objections, defenses or arguments, except as to the adequacy or sufficiency of service of process; and

3

WHEREAS, this Joint Stipulation and [Proposed] Order is being filed in both the *Lemm* and *Miskey* Actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, subject to approval of the Court, that:

1. Undersigned counsel are authorized and hereby agree to accept service of the *Lemm* Action and *Miskey* Action complaints on behalf of all Defendants, without prejudice to or waiver of any of Defendants' rights, remedies, objections, defenses or arguments, except as to the adequacy or sufficiency of service of process;

2. The *Lemm* Action and the *Miskey* Action shall be designated by the Court as related;

3. Defendants shall have no obligation to respond to the complaints filed in the *Lemm* Action and *Miskey* Action until after the appointment of the lead plaintiff(s) and the lead plaintiff(s)'s filing or designation of an operative complaint; and

4. Within 20 days following the appointment of lead plaintiff(s), Defendants shall meet and confer with the lead plaintiff(s) and provide a proposed schedule to the Court for the filing or designation of an operative complaint and the date by which Defendants must answer, move or otherwise respond to the operative complaint, including to the extent applicable, Defendants' submission of a letter requesting a pre-motion conference in accordance with the Court's Individual Practice Rules.

4

DATED: March 8, 2024

/s/ *Susan L. Saltzstein*
Jay B. Kasner
Susan L. Saltzstein
Shaud G. Tavakoli
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Email:  jay.kasner@skadden.com
         susan.saltzstein@skadden.com
         shaud.tavakoli@skadden.com

*Attorneys for Defendant New York Community Bancorp., Inc.*

/s/ *Gregory B. Linkh*
Gregory B. Linkh
Rebecca Dawson
GLANCY PRONGAY & MURRAY LLP
230 Park Ave, Suite 358
New York, new York 10169
Telephone: (212) 682-5340
Email:  glinkh@glancylaw.com
         rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
         clinehan@glancylaw.com

Howard G. Smith
LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, Pennsylvania 19020
Telephone: (215) 638-4847
Email: hsmith@howardsmithlaw.com

*Attorneys for Plaintiff Walter Edward Lemm, Jr.*

5

/s/ *Samuel H. Rudman*
Samuel H. Rudman
Evan J. Kaufman
Mary K. Blasy
ROBBINS GELLER RUDMAN
      & DOWD LLP
58 South Service Road, Suite 200
Melville, New York 11747
Telephone: (631) 367-7100
Email:  srudman@rgrdlaw.com
        ekaufman@rgrdlaw.com
        mblasy@rgrdlaw.com

Ralph M. Stone
JOHNSON FISTEL, LLP
1700 Broadway, 41st Floor
New York, New York 10019
Telephone: (212) 292-5690
Email: ralphs@johnsonfistel.com

*Attorneys for Plaintiff Dale Miskey*

SO ORDERED:

 S/ James R. Cho
_____
The Honorable Magistrate Judge James R. Cho

6