**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br> Defendants. | Case No.: 1:24-cv-00903-NRM-JRC <br><br> Hon. Nina R. Morrison |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No.: 2:24-cv-01118-NRM-JRC <br><br> Hon. Nina R. Morrison |

**NOTICE OF MOTION OF LIN'S LIVING TRUST DATED NOVEMBER 21, 2007 FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Lin's Living Trust dated November 21, 2007 ("Movant")

respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the

"Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange

Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of

1995 (the "PSLRA") and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of its choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: April 8, 2024                           Respectfully Submitted,


                                               **LEVI & KORSINSKY, LLP**

                                               By: _/s/ Adam M. Apton_
                                               Adam M. Apton
                                               33 Whitehall Street, 17th Floor
                                               New York, NY 10004
                                               Tel: (212) 363-7500
                                               Fax: (212) 363-7171
                                               Email: aapton@zlk.com

                                               *Lead Counsel for Lin's Living Trust dated*
                                               *November 21, 2007 and [Proposed] Lead*
                                               *Counsel for the Class*

2