**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br> Defendants. | Case No.: 1:24-cv-00903-NRM-JRC <br><br> Hon. Nina R. Morrison |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No.: 2:24-cv-01118-NRM-JRC <br><br> Hon. Nina R. Morrison |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF LIN'S LIVING TRUST
DATED NOVEMBER 21, 2007 'S MOTION FOR CONSOLIDATION OF THE
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL
OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Lin's Living Trust dated November 21, 2007 ("Movant") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of

Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:   PSLRA Certification signed by Leonard Lam, on behalf of Movant as grantor and trustee, attesting to its transactions of New York Community Bancorp, Inc., ("NYCB" or the "Company") securities;

**Exhibit B**:   Loss Chart reflecting the losses incurred by Movant as a result of its transactions in NYCB securities;

**Exhibit C**:   Press Release published February 6, 2024, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Lemm v. New York Community Bancorp, Inc., et. al.,* Case No. 1:24-cv-00903-NRM-JRC;

**Exhibit D**:   Declaration signed by Mr. Lam in support of Movant's lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

*[Signature on following page]*

2

Dated: April 8, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Lin's Living Trust dated November 21, 2007 and [Proposed] Lead Counsel for the Class*

3