# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Leonard Lam, on behalf of Lin's Living Trust dated November 21, 2007 (the "Trust"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I am duly authorized to act on behalf of the Trust.

2. I have reviewed a complaint filed in the action.

3. The Trust did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. The Trust is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. The Trust's transaction(s) in New York Community Bancorp, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, The Trust has not sought to serve nor has it served as a class representative in any federal securities fraud case.

7. The Trust will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

3-27-2024

Date

Leonard Lam

Name

Signature

| Case Name | New York Community Bancorp, Inc. |
| Ticker | NYCB |
| Class Period | 03-01-2023 to 02-05-2024 |

**Account 1**

**Client Name**

Lin's Living Trust dated November 21, 2007

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-02-2024 | P | 1625 | $ 06.0350 |

| Case Name | New York Community Bancorp, Inc. |
| Ticker | NYCB |
| Class Period | 03-01-2023 to 02-05-2024 |

**Account 2**

**Client Name**

Lin's Living Trust dated November 21, 2007

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-07-2023 | P | 500 | $ 08.3600 |
| 03-08-2023 | P | 1000 | $ 08.3600 |
| 03-09-2023 | P | 78 | $ 07.8457 |
| 03-09-2023 | P | 684 | $ 07.9750 |
| 03-09-2023 | P | 1000 | $ 07.9300 |
| 03-09-2023 | P | 4900 | $ 08.0050 |
| 03-09-2023 | P | 5000 | $ 07.9497 |
| 03-09-2023 | P | 5000 | $ 08.0200 |
| 03-09-2023 | P | 5000 | $ 08.0200 |
| 03-09-2023 | P | 5000 | $ 08.0300 |
| 03-09-2023 | P | 5100 | $ 08.0100 |
| 03-09-2023 | P | 9316 | $ 07.9700 |
| 03-09-2023 | P | 10000 | $ 07.9600 |
| 03-09-2023 | P | 10000 | $ 07.9700 |
| 03-13-2023 | P | 9370 | $ 06.4050 |
| 01-31-2024 | P | 400 | $ 06.4450 |
| 01-31-2024 | P | 600 | $ 06.4401 |
| 01-31-2024 | P | 1000 | $ 06.4500 |
| 01-31-2024 | P | 1000 | $ 06.4550 |
| 02-01-2024 | P | 50 | $ 05.8700 |
| 02-01-2024 | P | 199 | $ 05.7871 |
| 02-01-2024 | P | 200 | $ 05.9297 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-01-2024 | P | 801 | $ 05.7850 |
| 02-01-2024 | P | 800 | $ 05.9290 |
| 02-01-2024 | P | 950 | $ 05.8750 |
| 02-01-2024 | P | 1000 | $ 05.6650 |
| 02-01-2024 | P | 1000 | $ 05.6695 |
| 02-01-2024 | P | 1000 | $ 05.6699 |
| 02-01-2024 | P | 1000 | $ 05.6701 |
| 02-01-2024 | P | 1000 | $ 05.6750 |
| 02-01-2024 | P | 1000 | $ 05.6836 |
| 02-01-2024 | P | 1000 | $ 05.6892 |
| 02-01-2024 | P | 1000 | $ 05.7640 |
| 02-01-2024 | P | 1000 | $ 05.7650 |
| 02-01-2024 | P | 1000 | $ 05.7650 |
| 02-01-2024 | P | 1000 | $ 05.7650 |
| 02-01-2024 | P | 1000 | $ 05.7750 |
| 02-01-2024 | P | 1000 | $ 05.7850 |
| 02-01-2024 | P | 1000 | $ 05.7855 |
| 02-01-2024 | P | 1000 | $ 05.7890 |
| 02-01-2024 | P | 1000 | $ 05.7894 |
| 02-01-2024 | P | 1000 | $ 05.7950 |
| 02-01-2024 | P | 1000 | $ 05.7971 |
| 02-01-2024 | P | 1000 | $ 05.8200 |
| 02-01-2024 | P | 1000 | $ 05.8300 |
| 02-01-2024 | P | 1000 | $ 05.8450 |
| 02-01-2024 | P | 1000 | $ 05.8600 |
| 02-01-2024 | P | 1000 | $ 05.8700 |
| 02-01-2024 | P | 1000 | $ 05.8791 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8800 |
| 02-01-2024 | P | 1000 | $ 05.8850 |
| 02-01-2024 | P | 1000 | $ 05.8850 |
| 02-01-2024 | P | 1000 | $ 05.8850 |
| 02-01-2024 | P | 1000 | $ 05.8899 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8900 |
| 02-01-2024 | P | 1000 | $ 05.8950 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9000 |
| 02-01-2024 | P | 1000 | $ 05.9100 |
| 02-01-2024 | P | 1000 | $ 05.9100 |
| 02-01-2024 | P | 1000 | $ 05.9150 |
| 02-01-2024 | P | 1000 | $ 05.9150 |
| 02-01-2024 | P | 1000 | $ 05.9200 |
| 02-01-2024 | P | 1000 | $ 05.9200 |
| 02-01-2024 | P | 1000 | $ 05.9200 |
| 02-01-2024 | P | 1000 | $ 05.9200 |
| 02-01-2024 | P | 1000 | $ 05.9250 |
| 02-01-2024 | P | 1000 | $ 05.9250 |
| 02-01-2024 | P | 1000 | $ 05.9250 |
| 02-01-2024 | P | 1000 | $ 05.9250 |
| 02-01-2024 | P | 1000 | $ 05.9300 |
| 02-01-2024 | P | 1000 | $ 05.9300 |
| 02-01-2024 | P | 1000 | $ 05.9350 |
| 02-01-2024 | P | 1000 | $ 05.9400 |
| 02-01-2024 | P | 1000 | $ 05.9500 |
| 02-01-2024 | P | 1000 | $ 05.9600 |
| 02-01-2024 | P | 1000 | $ 05.9600 |
| 02-01-2024 | P | 1000 | $ 05.9700 |
| 02-01-2024 | P | 1000 | $ 05.9800 |
| 02-01-2024 | P | 1000 | $ 05.9900 |
| 02-01-2024 | P | 1000 | $ 06.0000 |
| 02-01-2024 | P | 1000 | $ 06.0000 |
| 02-01-2024 | P | 1000 | $ 06.0300 |
| 02-02-2024 | P | 2800 | $ 06.0300 |

Page 4

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-05-2024 | P | 3650 | $ 05.4150 |