# EXHIBIT B

| | |
|---|---|
| **Client Name** | Lin's Living Trust dated November 21, 2007 |
| **Company Name** | New York Community Bancorp, Inc. |
| **Ticker Symbol** | NYCB |
| **Security Type** | |
| **Class Period Start** | 03-01-2023 |
| **Class Period End** | 02-05-2024 |
| **90-DAY Lookback Period Start** | 02-06-2024 |
| **90-DAY Lookback Period End** | 04-08-2024 |
| **90-DAY Lookback Average** | $ 03.88 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $3,501.50 |
| **DURA LIFO* Total** | $3,501.50 |
| **Gross Shares Purchased** | 1,625 |
| **Net Shares Retained** | 1,625 |
| **Net Funds Expended** | $9,806.88 |

### Lin's Living Trust dated November 21, 2007 - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 02-02-2024 | 1625 | 6.035 | $ 9,806.88 | | | | | | - | 1625 | 1625 | $ 03.88 | $ 6,305.38 | $ 3,501.50 | $ 3,501.50 |
| **Total:** | **1,625** | | **$9,806.88** | | | | | | | **1,625** | **1,625** | | **$6,305.38** | **$3,501.50** | **$3,501.50** |

| | |
|---|---|
| **Client Name** | Lin's Living Trust dated November 21, 2007 |
| **Company Name** | New York Community Bancorp, Inc. |
| **Ticker Symbol** | NYCB |
| **Security Type** | |
| **Class Period Start** | 03-01-2023 |
| **Class Period End** | 02-05-2024 |
| **90-DAY Lookback Period Start** | 02-06-2024 |
| **90-DAY Lookback Period End** | 04-08-2024 |
| **90-DAY Lookback Average** | $ 03.88 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $469,562.72 |
| **DURA LIFO* Total** | $469,562.72 |
| **Gross Shares Purchased** | 166,398 |
| **Net Shares Retained** | 166,398 |
| **Net Funds Expended** | $1,115,225.65 |

### Lin's Living Trust dated November 21, 2007 - Account 2

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 03-07-2023 | 500 | 8.36 | $ 4,180.00 | | | | | | - | 500 | 500 | $ 03.88 | $ 1,940.12 | $ 2,239.88 | $ 2,239.88 |
| 03-08-2023 | 1000 | 8.36 | $ 8,360.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 4,479.77 | $ 4,479.77 |
| 03-09-2023 | 78 | 7.8457 | $ 611.96 | | | | | | - | 78 | 78 | $ 03.88 | $ 302.66 | $ 309.31 | $ 309.31 |
| 03-09-2023 | 684 | 7.975 | $ 5,454.90 | | | | | | - | 684 | 684 | $ 03.88 | $ 2,654.08 | $ 2,800.82 | $ 2,800.82 |
| 03-09-2023 | 1000 | 7.93 | $ 7,930.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 4,049.77 | $ 4,049.77 |
| 03-09-2023 | 4900 | 8.005 | $ 39,224.50 | | | | | | - | 4900 | 4900 | $ 03.88 | $ 19,013.14 | $ 20,211.36 | $ 20,211.36 |
| 03-09-2023 | 5000 | 7.9497 | $ 39,748.50 | | | | | | - | 5000 | 5000 | $ 03.88 | $ 19,401.16 | $ 20,347.34 | $ 20,347.34 |
| 03-09-2023 | 5000 | 8.02 | $ 40,100.00 | | | | | | - | 5000 | 5000 | $ 03.88 | $ 19,401.16 | $ 20,698.84 | $ 20,698.84 |
| 03-09-2023 | 5000 | 8.02 | $ 40,100.00 | | | | | | - | 5000 | 5000 | $ 03.88 | $ 19,401.16 | $ 20,698.84 | $ 20,698.84 |
| 03-09-2023 | 5000 | 8.03 | $ 40,150.00 | | | | | | - | 5000 | 5000 | $ 03.88 | $ 19,401.16 | $ 20,748.84 | $ 20,748.84 |
| 03-09-2023 | 5100 | 8.01 | $ 40,851.00 | | | | | | - | 5100 | 5100 | $ 03.88 | $ 19,789.19 | $ 21,061.81 | $ 21,061.81 |
| 03-09-2023 | 9316 | 7.97 | $ 74,248.52 | | | | | | - | 9316 | 9316 | $ 03.88 | $ 36,148.25 | $ 38,100.27 | $ 38,100.27 |
| 03-09-2023 | 10000 | 7.96 | $ 79,600.00 | | | | | | - | 10000 | 10000 | $ 03.88 | $ 38,802.33 | $ 40,797.67 | $ 40,797.67 |
| 03-09-2023 | 10000 | 7.97 | $ 79,700.00 | | | | | | - | 10000 | 10000 | $ 03.88 | $ 38,802.33 | $ 40,897.67 | $ 40,897.67 |
| 03-13-2023 | 9370 | 6.405 | $ 60,014.85 | | | | | | - | 9370 | 9370 | $ 03.88 | $ 36,357.78 | $ 23,657.07 | $ 23,657.07 |
| 01-31-2024 | 400 | 6.445 | $ 2,578.00 | | | | | | - | 400 | 400 | $ 03.88 | $ 1,552.09 | $ 1,025.91 | $ 1,025.91 |
| 01-31-2024 | 600 | 6.4401 | $ 3,864.06 | | | | | | - | 600 | 600 | $ 03.88 | $ 2,328.14 | $ 1,535.92 | $ 1,535.92 |
| 01-31-2024 | 1000 | 6.45 | $ 6,450.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,569.77 | $ 2,569.77 |
| 01-31-2024 | 1000 | 6.455 | $ 6,455.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,574.77 | $ 2,574.77 |
| 02-01-2024 | 50 | 5.87 | $ 293.50 | | | | | | - | 50 | 50 | $ 03.88 | $ 194.01 | $ 99.49 | $ 99.49 |
| 02-01-2024 | 199 | 5.7871 | $ 1,151.63 | | | | | | - | 199 | 199 | $ 03.88 | $ 772.17 | $ 379.47 | $ 379.47 |
| 02-01-2024 | 200 | 5.9297 | $ 1,185.94 | | | | | | - | 200 | 200 | $ 03.88 | $ 776.05 | $ 409.89 | $ 409.89 |
| 02-01-2024 | 801 | 5.785 | $ 4,633.79 | | | | | | - | 801 | 801 | $ 03.88 | $ 3,108.07 | $ 1,525.72 | $ 1,525.72 |
| 02-01-2024 | 800 | 5.929 | $ 4,743.20 | | | | | | - | 800 | 800 | $ 03.88 | $ 3,104.19 | $ 1,639.01 | $ 1,639.01 |
| 02-01-2024 | 950 | 5.875 | $ 5,581.25 | | | | | | - | 950 | 950 | $ 03.88 | $ 3,686.22 | $ 1,895.03 | $ 1,895.03 |
| 02-01-2024 | 1000 | 5.665 | $ 5,665.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,784.77 | $ 1,784.77 |
| 02-01-2024 | 1000 | 5.6695 | $ 5,669.50 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,789.27 | $ 1,789.27 |
| 02-01-2024 | 1000 | 5.6699 | $ 5,669.90 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,789.67 | $ 1,789.67 |
| 02-01-2024 | 1000 | 5.6701 | $ 5,670.10 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,789.87 | $ 1,789.87 |
| 02-01-2024 | 1000 | 5.675 | $ 5,675.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,794.77 | $ 1,794.77 |
| 02-01-2024 | 1000 | 5.6836 | $ 5,683.60 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,803.37 | $ 1,803.37 |
| 02-01-2024 | 1000 | 5.6892 | $ 5,689.20 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,808.97 | $ 1,808.97 |
| 02-01-2024 | 1000 | 5.764 | $ 5,764.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,883.77 | $ 1,883.77 |
| 02-01-2024 | 1000 | 5.765 | $ 5,765.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,884.77 | $ 1,884.77 |
| 02-01-2024 | 1000 | 5.765 | $ 5,765.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,884.77 | $ 1,884.77 |
| 02-01-2024 | 1000 | 5.765 | $ 5,765.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,884.77 | $ 1,884.77 |
| 02-01-2024 | 1000 | 5.775 | $ 5,775.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,894.77 | $ 1,894.77 |
| 02-01-2024 | 1000 | 5.785 | $ 5,785.00 | | | | | | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,904.77 | $ 1,904.77 |

| Date | Qty | Price | Amount | | Qty | Qty | Price | Amount | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-01-2024 | 1000 | 5.7855 | $ 5,785.50 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,905.27 | $ 1,905.27 |
| 02-01-2024 | 1000 | 5.789 | $ 5,789.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,908.77 | $ 1,908.77 |
| 02-01-2024 | 1000 | 5.7894 | $ 5,789.40 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,909.17 | $ 1,909.17 |
| 02-01-2024 | 1000 | 5.795 | $ 5,795.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,914.77 | $ 1,914.77 |
| 02-01-2024 | 1000 | 5.7971 | $ 5,797.10 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,916.87 | $ 1,916.87 |
| 02-01-2024 | 1000 | 5.82 | $ 5,820.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,939.77 | $ 1,939.77 |
| 02-01-2024 | 1000 | 5.83 | $ 5,830.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,949.77 | $ 1,949.77 |
| 02-01-2024 | 1000 | 5.845 | $ 5,845.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,964.77 | $ 1,964.77 |
| 02-01-2024 | 1000 | 5.86 | $ 5,860.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,979.77 | $ 1,979.77 |
| 02-01-2024 | 1000 | 5.87 | $ 5,870.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,989.77 | $ 1,989.77 |
| 02-01-2024 | 1000 | 5.8791 | $ 5,879.10 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,998.87 | $ 1,998.87 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.88 | $ 5,880.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 1,999.77 | $ 1,999.77 |
| 02-01-2024 | 1000 | 5.885 | $ 5,885.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,004.77 | $ 2,004.77 |
| 02-01-2024 | 1000 | 5.885 | $ 5,885.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,004.77 | $ 2,004.77 |
| 02-01-2024 | 1000 | 5.885 | $ 5,885.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,004.77 | $ 2,004.77 |
| 02-01-2024 | 1000 | 5.8899 | $ 5,889.90 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.67 | $ 2,009.67 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.89 | $ 5,890.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,009.77 | $ 2,009.77 |
| 02-01-2024 | 1000 | 5.895 | $ 5,895.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,014.77 | $ 2,014.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.9 | $ 5,900.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,019.77 | $ 2,019.77 |
| 02-01-2024 | 1000 | 5.91 | $ 5,910.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,029.77 | $ 2,029.77 |
| 02-01-2024 | 1000 | 5.91 | $ 5,910.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,029.77 | $ 2,029.77 |
| 02-01-2024 | 1000 | 5.915 | $ 5,915.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,034.77 | $ 2,034.77 |
| 02-01-2024 | 1000 | 5.915 | $ 5,915.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,034.77 | $ 2,034.77 |
| 02-01-2024 | 1000 | 5.92 | $ 5,920.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,039.77 | $ 2,039.77 |
| 02-01-2024 | 1000 | 5.92 | $ 5,920.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,039.77 | $ 2,039.77 |
| 02-01-2024 | 1000 | 5.92 | $ 5,920.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,039.77 | $ 2,039.77 |
| 02-01-2024 | 1000 | 5.92 | $ 5,920.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,039.77 | $ 2,039.77 |
| 02-01-2024 | 1000 | 5.925 | $ 5,925.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,044.77 | $ 2,044.77 |
| 02-01-2024 | 1000 | 5.925 | $ 5,925.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,044.77 | $ 2,044.77 |
| 02-01-2024 | 1000 | 5.925 | $ 5,925.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,044.77 | $ 2,044.77 |
| 02-01-2024 | 1000 | 5.925 | $ 5,925.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,044.77 | $ 2,044.77 |
| 02-01-2024 | 1000 | 5.93 | $ 5,930.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,049.77 | $ 2,049.77 |
| 02-01-2024 | 1000 | 5.93 | $ 5,930.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,049.77 | $ 2,049.77 |
| 02-01-2024 | 1000 | 5.935 | $ 5,935.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,054.77 | $ 2,054.77 |
| 02-01-2024 | 1000 | 5.94 | $ 5,940.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,059.77 | $ 2,059.77 |
| 02-01-2024 | 1000 | 5.95 | $ 5,950.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,069.77 | $ 2,069.77 |
| 02-01-2024 | 1000 | 5.96 | $ 5,960.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,079.77 | $ 2,079.77 |
| 02-01-2024 | 1000 | 5.96 | $ 5,960.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,079.77 | $ 2,079.77 |
| 02-01-2024 | 1000 | 5.97 | $ 5,970.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,089.77 | $ 2,089.77 |
| 02-01-2024 | 1000 | 5.98 | $ 5,980.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,099.77 | $ 2,099.77 |
| 02-01-2024 | 1000 | 5.99 | $ 5,990.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,109.77 | $ 2,109.77 |
| 02-01-2024 | 1000 | 6 | $ 6,000.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,119.77 | $ 2,119.77 |
| 02-01-2024 | 1000 | 6 | $ 6,000.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,119.77 | $ 2,119.77 |
| 02-01-2024 | 1000 | 6.03 | $ 6,030.00 | - | 1000 | 1000 | $ 03.88 | $ 3,880.23 | $ 2,149.77 | $ 2,149.77 |
| 02-02-2024 | 2800 | 6.03 | $ 16,884.00 | - | 2800 | 2800 | $ 03.88 | $ 10,864.65 | $ 6,019.35 | $ 6,019.35 |
| 02-05-2024 | 3650 | 5.415 | $ 19,764.75 | - | 3650 | 3650 | $ 03.88 | $ 14,162.85 | $ 5,601.90 | $ 5,601.90 |
| **Total:** | **166,398** | | **$1,115,225.65** | | **166,398** | **166,398** | | **$645,662.94** | **$469,562.72** | **$469,562.72** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $473,064.21 |

| | |
|---|---|
| **DuraLIFO* Total** | $473,064.21 |
| **Gross Shares Purchased** | 168,023 |
| **Net Shares Retained** | 168,023 |
| **Net Funds Expended** | $1,125,032.53 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.