# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO,<br><br>       Defendants. | Case No.: 1:24-cv-00903-NRM-JRC<br><br>Hon. Nina R. Morrison |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO,<br><br>       Defendants. | Case No.: 2:24-cv-01118-NRM-JRC<br><br>Hon. Nina R. Morrison |

**DECLARATION OF LEONARD LAM IN SUPPORT OF LIN'S LIVING
TRUST DATED NOVEMBER 21, 2007'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF**

I, Leonard Lam, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of Lin's Living Trust dated November 21, 2007's (the "Trust") motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against New York Community Bancorp, Inc., ("NYCB" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am the grantor and trustee of the Trust. As grantor and trustee, I am individually authorized to act on behalf of the Trust in all respects, including this lawsuit. All transactions in NYCB made in the Trust's account that are the subject of the Actions were executed by me.

3.      I currently reside in Rancho Mirage, California. I possess a bachelor's degree in science. I am chief executive officer (CEO) and chief financial officer (CFO) of Better and Better Corporation which was established in 2005. I am the owner and sole employee of the company. I have been investing in securities for 20 years. Further, I have experience hiring and overseeing attorneys for landlord related matters.

4.      I, on behalf of the Trust, am both capable and qualified to serve as the lead plaintiff in the Actions. By virtue of the Trust's significant financial interest in the resolution of the Actions, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for the Trust and the Class it seeks to represent.

5.      Prior to seeking appointment as lead plaintiff in the Actions, I, on behalf of the Trust, communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

6.      I understand that the Trust was not required to seek appointment as lead plaintiff in order to recover. Rather, based on the Trust's financial interest, I decided to seek lead plaintiff appointment on behalf of the Trust than remain an absent class member.

7.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and

2

authorized the firm to file a lead plaintiff motion on the Trust's behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on the Trust's behalf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

Date: 3/27/24

Signed: *Leonard Lam* (signature)

Name: Leonard Lam