**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br> Defendants. | No. 24-cv-00903-NRM-JRC <br><br> Judge Nina R. Morrison <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | No. 24-cv-01118-NRM-JRC <br><br> Judge Nina R. Morrison <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

**NOTICE OF MOTION AND MOTION OF BOSTON RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Boston Retirement System ("Boston") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Boston as Lead Plaintiff in the above-captioned Related Actions; (3) approving Boston's selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class in the Related Actions; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Boston is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Boston has the "largest financial interest" in the relief sought by the Class in the Related Actions. Boston also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because it will fairly and adequately represent the Class. Further, Boston is a paradigmatic lead plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court. [1]

---

[1] Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u–4(a)(3)(B)(i), Boston cannot ascertain whether any other parties will also seek appointment as Lead Plaintiff until after the April 8, 2024 deadline. Accordingly, Boston's counsel

WHEREFORE, Boston respectfully requests that the Court grant this motion and enter an Order: (1) consolidating the Related Actions; (2) appointing Boston as Lead Plaintiff; (3) approving Boston's selection of Labaton as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

DATED:  April 8, 2024

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff and*
*Proposed Lead Counsel for the Class*

---

respectfully requests that compliance with this Court's Individual Practice Rules 5.2.3 (requiring parties refrain from filing motion papers until the motion has been fully briefed by all Parties) be waived in this limited instance.