**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>     vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br>                 Defendants. | No. 24-cv-00903-NRM-JRC <br><br> Judge Nina R. Morrison <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>     vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br>                 Defendants. | No. 24-cv-01118-NRM-JRC <br><br> Judge Nina R. Morrison <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF BOSTON RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Boston Retirement System ("Boston"), for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure; (2) appointing Boston as Lead Plaintiff in the Related Actions; (3) approving Boston's selection of Labaton as Lead Counsel for the Class in the Related Actions; and (4) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Boston, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying Boston's transactions in New York Community Bancorp, Inc. securities during the Class Period;

EXHIBIT C:   Notice of the first-filed action issued on *Business Wire* on February 6, 2024;

EXHIBIT D:   Notice of the second-filed action issued on *PR Newswire*, on February 13, 2024; and

EXHIBIT E:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of April, 2024

*/s/ Francis P. McConville*
Francis P. McConville