**Exhibit B**

**LOSS ANALYSIS**

**Filed Expanded Class Period: 03/01/23 – 02/05/24**

**New York Community Bancorp Inc. (NYCB)**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| NYCB | 649445103 | US6494451031 | 2711656 | $3.8800 |

**Boston Retirement System**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 03/01/23 | 0 | | |
| Purchases | 04/06/23 | 121,810 | $8.7920 | ($1,070,953.52) |
| Purchases | 08/14/23 | 8,350 | $12.5644 | ($104,912.74) |
| Purchases | 08/15/23 | 17,260 | $12.2179 | ($210,880.95) |
| Purchases | 08/16/23 | 6,780 | $12.0678 | ($81,819.68) |
| Purchases | 08/16/23 | 1,700 | $12.0771 | ($20,531.07) |
| Purchases | 08/17/23 | 1,570 | $11.8260 | ($18,566.82) |
| Purchases | 08/17/23 | 10,400 | $11.8662 | ($123,408.48) |
| Purchases | 08/21/23 | 3,140 | $11.8379 | ($37,171.01) |
| Purchases | 08/21/23 | 4,100 | $11.8811 | ($48,712.51) |
| Purchases | 08/21/23 | 1,860 | $11.9751 | ($22,273.69) |
| Purchases | 08/21/23 | 260 | $11.8050 | ($3,069.30) |
| Purchases | 08/22/23 | 7,600 | $11.9111 | ($90,524.36) |
| Purchases | 08/22/23 | 3,040 | $11.9898 | ($36,448.99) |
| Purchases | 08/22/23 | 2,890 | $11.7688 | ($34,011.83) |
| Purchases | 08/23/23 | 510 | $11.8850 | ($6,061.35) |
| Purchases | 08/23/23 | 9,230 | $11.8319 | ($109,208.44) |
| Purchases | 09/27/23 | 1,050 | $11.2949 | ($11,859.65) |
| Purchases | 10/27/23 | 1,130 | $9.8437 | ($11,123.38) |
| Purchases | 11/03/23 | 2,270 | $9.7848 | ($22,211.50) |
| Purchases | 12/11/23 | 64,282 | $9.9433 | ($639,175.21) |
| Purchases | 12/12/23 | 77,294 | $9.9472 | ($768,858.88) |
| Purchases | 12/15/23 | 14,792 | $11.0512 | ($163,469.35) |
| Purchases | 12/19/23 | 9,961 | $10.5290 | ($104,879.37) |
| **Class Period purchases:** | | **371,279** | | **($3,740,132.07)** |
| | | | | |
| Sales | 06/07/23 | -20,950 | $11.0437 | $231,365.52 |
| Sales | 07/10/23 | -50,660 | $11.4046 | $577,757.04 |
| Sales | 07/10/23 | -50,200 | $11.3936 | $571,958.72 |
| Sales | 11/15/23 | -13,060 | $9.2692 | $121,055.75 |
| Sales | 11/15/23 | -25,930 | $9.3415 | $242,225.10 |
| Sales | 11/15/23 | -20,440 | $9.3949 | $192,031.76 |
| Sales | 11/15/23 | -470 | $9.5200 | $4,474.40 |
| Sales | 11/15/23 | -810 | $9.3550 | $7,577.55 |
| Sales | 11/16/23 | -1,350 | $9.2793 | $12,527.06 |
| Sales | 11/16/23 | -2,210 | $9.2218 | $20,380.18 |
| Sales | 11/16/23 | -18,870 | $9.0631 | $171,020.70 |
| **Class Period sales that match to Class Period purchases:** | | **-204,950** | | **$2,152,373.75** |

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sales | 02/06/24 | -166,329 | $4.2000 | $698,581.80 [2] |
| **Post-Class Period sales that match to Class Period purchases:** | | **-166,329** | | **$698,581.80** |
| | Shares Held: | 0 | $3.8800 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($889,176.52)** |

| | |
|---|---|
| Total Shares Bought: | 371,279 |
| Total Net Shares: | 166,329 |
| Total Net Expenditures: | ($1,587,758.32) |

[1] *Value of shares held is the mean trading price from 02/06/24 to 04/08/24.*

[2] *Sales were after post-market and after the disclosure on 02/06/2024. Pursuant to the PSLRA, the value for sales occurring during the lookback period is either the sale price or the average price up to the date of sale, whichever is higher.*