# EXHIBIT C

## Financial Interest Analysis

**Company Name:** New York Community Bancorp, Inc
**Ticker:** NYCB
**Class Period:** March 1, 2023 to February 5, 2024
**Name:** Clifford Davis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/20/2023 | 10,000 | $10.1800 | -$101,800.0000 | | $0.0000 | -$101,800.00 |

| **Shares Retained:** | **10,000** | | | | **Subtotal:** | **-$101,800.00** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $38,940.48 |
| | | $3.8940 | 10,000 | | **Total:** | **-$62,859.52** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 6, 2024 and April 5, 2024.