UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br> Defendants. | Case No.  1:24-cv-00903-NRM-JRC <br><br> Date of service:  April 8, 2024 |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No.  2:24-cv-01118-NRM-JRC |

NOTICE OF MOTION OF KENNETH DOBSON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Kenneth Dobson ("Dobson"), by and through his counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Dobson as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities that purchased or otherwise acquired New York Community Bancorp, Inc. securities between March 1, 2023 and February 5, 2024, inclusive; and (3) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dobson is aware of Rule 5.2.3. of this Court's Individual Practice Rules, which provides, in relevant part, that "[a]s a courtesy to the Court, **the Court requests that the parties refrain from filing motion papers until the motion has been fully briefed by all parties**" (emphasis in original). Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is April 8, 2024, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Dobson will thus not know the identities of the other putative Class members who intend to file competing Lead Plaintiff motions until April 9, 2024—the day after the statutory deadline—making compliance with the foregoing rule prior to the filing of Dobson's motion papers impracticable. Under these circumstances, Dobson respectfully requests that compliance with Rule 5.2.3. of this Court's Individual Practice Rules be waived in this instance. Alternatively, Dobson respectfully submits that the 60-day PSLRA deadline falls within the exception provided for in Rule 5.2.5. of this Court's Individual Practice Rules, which states, in relevant part, that "[i]f any party concludes in good faith that delaying the

1

filing of a motion to comply with any aspect of these individual practices will deprive the party

of a substantive right or cause that party to miss a statutory deadline, the party may file the

motion within the time required . . . together with an explanation of the basis of the conclusion."

Dated:  April 8, 2024                                    Respectfully submitted,

                                                         POMERANTZ LLP

                                                         */s/ Jeremy A. Lieberman*
                                                         Jeremy A. Lieberman
                                                         J. Alexander Hood II
                                                         James M. LoPiano
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (917) 463-1044
                                                         jalieberman@pomlaw.com
                                                         ahood@pomlaw.com
                                                         jlopiano@pomlaw.com

                                                         *Counsel for Kenneth Dobson and Proposed Lead*
                                                         *Counsel for the Class*

2