UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, | Case No.  1:24-cv-00903-NRM-JRC |
| Plaintiff, | Date of service:  April 8, 2024 |
| v. | |
| NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, | |
| Defendants. | |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, | Case No.  2:24-cv-01118-NRM-JRC |
| Plaintiff, | |
| vs. | |
| NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, | |
| Defendants. | |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
KENNETH DOBSON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Kenneth Dobson ("Dobson"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Dobson's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Dobson's financial interest in this litigation;

Exhibit B:    Press release published via *Business Wire* on February 6, 2024, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certification executed by Dobson;

Exhibit D:    Declaration executed by Dobson; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 8, 2024.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1