# EXHIBIT A

**New York Community Bancorp, Inc. (NYCB)**
**Class Period: March 1, 2023 to February 5, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Days* Mean Price $3.8940 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth Dobson | 9/15/2023 | 2,000 | $11.6093 | ($23,219) | | | | | | | |
| Kenneth Dobson | 9/20/2023 | 3,000 | $11.4500 | ($34,350) | | | | | | | |
| Kenneth Dobson | 9/20/2023 | 5,000 | $11.3800 | ($56,900) | | | | | | | |
| **Kenneth Dobson** | | **10,000** | | **($114,469)** | | | | | **10,000** | **$38,940** | **($75,528)** |

*Avg Closing Prices from February 6, 2024 to April 5, 2024