**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO,<br><br>Defendants. | Case No. 1:24-cv-00903-NRM-JRC |
| DALE MISKEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO,<br><br>Defendants. | Case No. 1:24-cv-01118-NRM-JRC |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF SAND HOLLOW MANAGEMENT, LLC'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Sand Hollow Management, LLC ("Sand Hollow Management"), for: (1) consolidation of the above-captioned, related actions; (2) appointment of Sand Hollow Management as Lead Plaintiff; and (3) approval of Sand Hollow Management's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

| | | |
|---|---|---|
| Exhibit A: | | First Notice of Pendency of a Class Action |
| Exhibit B: | | Sand Hollow Management's PSLRA Certification |
| Exhibit C: | | Chart setting forth Sand Hollow Management's financial interest in this litigation |
| Exhibit D: | | Declaration of Jason Stubbs Principal and Owner of Sand Hollow Management |
| Exhibit E: | | Firm Resume of Faruqi & Faruqi, LLP |
| Exhibit F: | | Women's Business Enterprise National Council Certificate |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of April 2024 in New York, NY.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

1