# EXHIBIT C

**New York Community Bancorp, Inc.**
**Class Period: March 1, 2023 and February 5, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | 90-Days* Mean Price $3.8800 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| Sand Hollow Management LLC Account Totals | | (700,000) | | ($4,392,522.62) | | | | | (700,000) | $2,716,000.00 | ($1,446,642.62) |
| **Sand Hollow Management LLC** | | | | | | | | | | | |
| | 1/31/2024 | (211,442) | $6.4497 | ($1,363,727.33) | | | | | | | |
| | 1/31/2024 | (288,558) | $6.4763 | ($1,868,795.29) | | | | | | | |
| | 2/1/2024 | (200,000) | $5.8000 | ($1,160,000.00) | | | | | | | |
| | **Post Class Period Purchases (Not Included in Calculation) *** | | | | | | | | | | |
| | 2/6/2024 | (143,300) | $4.3981 | ($630,246.08) | | | | | | | |
| | 2/7/2024 | (3,600) | $4.4899 | ($16,163.72) | | | | | | | |
| | 2/7/2024 | (1,900) | $4.5400 | ($8,626.00) | | | | | | | |
| | 2/7/2024 | (1,000) | $4.5198 | ($4,519.79) | | | | | | | |
| | 2/7/2024 | (1,800) | $4.5650 | ($8,217.00) | | | | | | | |
| | 2/9/2024 | (4,400) | $4.6753 | ($20,571.50) | | | | | | | |
| | 2/9/2024 | (3,200) | $4.7496 | ($15,198.60) | | | | | | | |
| | 2/9/2024 | (800) | $4.7861 | ($3,828.90) | | | | | | | |
| | 2/12/2024 | (10,400) | $4.9954 | ($51,951.70) | | | | | | | |
| | 2/14/2024 | (9,200) | $4.5675 | ($42,020.80) | | | | | | | |
| | 2/14/2024 | (400) | $4.6350 | ($1,854.00) | | | | | | | |
| | 2/15/2024 | (10,000) | $4.8684 | ($48,683.50) | | | | | | | |
| | 2/15/2024 | (2,100) | $4.9050 | ($10,300.50) | | | | | | | |
| | 2/16/2024 | (2,700) | $4.8783 | ($13,171.36) | | | | | | | |
| | 2/16/2024 | (500) | $4.9780 | ($2,489.00) | | | | | | | |
| | 2/16/2024 | (1,300) | $4.9850 | ($6,480.50) | | | | | | | |
| | 2/29/2024 | (100) | $4.7650 | ($476.50) | | | | | | | |
| | | | | | **Post Class Period Sales** | | **Price Sold** | | | **90-Days** Mean Price** | |
| | | | | | 3/12/2024 | 161,400 | $3.3165 | | | $4.2084 | |
| | | | | | 3/12/2024 | 57,411 | $3.3047 | | | $4.2084 | |
| | | | | | 3/12/2024 | 32,280 | $3.3072 | | | $4.2084 | |
| | | | | | 3/12/2024 | 22,165 | $3.2948 | | | $4.2084 | |
| | | | | | 3/12/2024 | 623,444 | $3.2506 | | | $4.2084 | ($1,446,642.62) |

*Average Closing Prices from February 6, 2024 to April 8, 2024
**Average Closing Price from February 6, 2024 to March 12, 2024
*** Post class period transactions occurred during the 90-day look back period & are included to correctly match all post class period sales that occur within the 90-day look back period