# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00903-NRM-JRC |
| Plaintiff, | |
| v. | |
| NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO, | |
| Defendants. | |
| DALE MISKEY, Individually and on behalf of all others similarly situated, | Case No. 1:24-cv-01118-NRM-JRC |
| Plaintiff, | |
| v. | |
| NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, | |
| Defendants. | |

**DECLARATION OF JASON STUBBS PRINCIPAL AND OWNER OF MOVANT SAND HOLLOW MANAGEMENT LLC IN SUPPORT OF MOVANT'S MOTION TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT MOVANT AS LEAD PLAINTIFF; AND (3) APPROVE MOVANT'S SELECTION OF LEAD COUNSEL**

DocuSign Envelope ID: 5A043ADA-AD54-4D01-A90G-367D748BB0B3

I, Jason Stubbs, as principal and owner on behalf of Sand Hollow Management, LLC ("Movant" or "Sand Hollow Management"), pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in Support of Movant's Motion for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel in the instant class action on behalf of investors in New York Community Bancorp, Inc. ("NYCB" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I am a United States citizen and reside in Spanish Fork Utah.

3.      I am the principal and owner of Sand Hollow Management, LLC, which provides business consulting and management services. I also have owned and operated Invert Sports LLC for approximately 20 years. Invert Sports offers wakeboard and water ski and surf boats, watercraft rentals, boat charter, and wake sports.

4.      I have been investing in the stock market for approximately 12 years and manage my own investments. The investment transactions in NYCB securities that are the subject of this lawsuit were made by Sand Hollow Management.

5.      I believe the securities class action against defendants NYCB, Thomas R. Cangemi and John J. Pinto is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class.  I traded in NYCB securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in

the action.  I understand the responsibilities and duties of being Lead Plaintiff, including my fiduciary duties to the class.

6. I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently.  I have fulfilled this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I have selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class. As part of my due diligence process, prior to our selection of the Faruqi Firm, we assessed the firm's qualifications and communicated with partner James (Josh) Wilson.

7. I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

8. I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As my certificate states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Jason Stubbs, declare under penalty of perjury that the foregoing is true and correct.

Dated:  3/20/2024 | 11:44 AM PDT



Jason Stubbs

2