**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br> Defendants. | No. 24-cv-00903-NRM-JRC <br><br> Judge Nina R. Morrison <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | No. 24-cv-01118-NRM-JRC <br><br> Judge Nina R. Morrison <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF MEMORANDUM OF LAW IN FURTHER SUPPORT OF BOSTON RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL <u>OF SELECTION OF LEAD COUNSEL</u>**

`

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the memorandum of law filed by proposed Lead Plaintiff Boston Retirement System ("Boston") in support of its motion for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing  Boston as Lead Plaintiff in the Related Actions; (3) approving Boston's selection of Labaton as Lead Counsel for the Class in the Related Actions; and (4) granting such other and further relief  as the Court may deem just and proper.

Attached hereto as Exhibits A and B are true and correct copies of the following documents:

EXHIBIT A:  Press releases dated January 31, 2024 issued by Glancy Prongay & Murray LLP, The Law Offices of Frank R. Cruz, and Law Offices of Howard G. Smith announcing investigations into New York Community Bancorp, Inc. for securities fraud.

EXHIBIT B:  Screenshot of Criminal and Infraction Westlaw search results.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  April 22, 2024                         Respectfully submitted,

*/s/ Francis P. McConville*
**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

1

`

*Counsel for Proposed Lead Plaintiff Boston Retirement System and Proposed Lead Counsel for the Class*

2