**Exhibit A**





## Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm, Announces Investigation of New York Community Bancorp, Inc. (NYCB) on Behalf of Investors

January 31, 2024 04:30 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of New York Community Bancorp, Inc. ("NYCB" or the "Company") (NYSE: NYCB) investors concerning the Company's possible violations of the federal securities laws.

If you suffered a loss on your NYCB investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/New-York-Community-Bancorp-Inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com to learn more about your rights.

On January 31, 2024, NYCB reported a fourth quarter 2023 net loss of $252 million. This loss was significantly due to "a $552 million provision for loan losses," which was "primarily attributable to higher net charge-offs[.]" Additionally, the Company disclosed that it would cut its quarterly dividend to $0.05 per common share.

On this news, NYCB's stock price fell as much as 46% during intraday trading on January 31, 2024, thereby injuring investors.

Follow us for updates on LinkedIn, Twitter, or Facebook.

**Whistleblower Notice:** Persons with non-public information regarding NYCB should consider their options to aid the investigation or take advantage of the SEC Whistleblower Program. Under the program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Charles H. Linehan at 310-201-9150 or 888-773-9224 or email shareholders@glancylaw.com.

**About GPM**

Glancy Prongay & Murray LLP is a premier law firm representing investors and consumers in securities litigation and other complex class action litigation. ISS Securities Class Action Services has consistently ranked GPM in its annual SCAS Top 50 Report. In 2018, GPM was ranked a top five law firm in number of securities class action settlements, and a top six law firm for total dollar size of settlements. With four offices across the country, GPM's nearly 40 attorneys have won groundbreaking rulings and recovered billions of dollars for investors and consumers in securities, antitrust, consumer, and employment class actions. GPM's lawyers have handled cases covering a wide spectrum of corporate misconduct including cases involving financial restatements, internal control weaknesses, earnings management, fraudulent earnings guidance and forward looking statements, auditor misconduct, insider trading, violations of FDA regulations, actions

resulting in FBI and DOJ investigations, and many other forms of corporate misconduct. GPM's attorneys have worked on securities cases relating to nearly all industries and sectors in the financial markets, including, energy, consumer discretionary, consumer staples, real estate and REITs, financial, insurance, information technology, health care, biotech, cryptocurrency, medical devices, and many more. GPM's past successes have been widely covered by leading news and industry publications such as *The Wall Street Journal*, *The Financial Times*, *Bloomberg Businessweek*, *Reuters*, the *Associated Press*, *Barron's*, *Investor's Business Daily*, *Forbes*, and *Money*.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles
Charles H. Linehan, 310-201-9150 or 888-773-9224
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
www.glancylaw.com
shareholders@glancylaw.com





## The Law Offices of Frank R. Cruz Announces Investigation of New York Community Bancorp, Inc. (NYCB) on Behalf of Investors

January 31, 2024 02:35 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz announces an investigation of New York Community Bancorp, Inc. ("NYCB" or the "Company") (NYSE: NYCB) on behalf of investors concerning the Company's possible violations of federal securities laws.

If you are a shareholder who suffered a loss, click here to participate.

On January 31, 2024, NYCB reported a fourth quarter 2023 net loss of $252 million. This loss was significantly due to "a $552 million provision for loan losses," which was "primarily attributable to higher net charge-offs[.]" Additionally, the Company disclosed that it would cut its quarterly dividend by to $0.05 per common share.

On this news, NYCB's stock price fell as much as 46% during intraday trading on January 31, 2024, thereby injuring investors.

Follow us for updates on Twitter: twitter.com/FRC_LAW.

If you purchased NYCB securities, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Frank R. Cruz, of The Law Offices of Frank R. Cruz, 2121 Avenue of the Stars, Suite 800, Century City, California 90067 at 310-914-5007, by email to info@frankcruzlaw.com, or visit our website at www.frankcruzlaw.com. If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

The Law Offices of Frank R. Cruz, Los Angeles

Frank R. Cruz, 310-914-5007

fcruz@frankcruzlaw.com

www.frankcruzlaw.com



# INVESTOR ALERT: Law Offices of Howard G. Smith Announces Investigation of New York Community Bancorp, Inc. (NYCB) on Behalf of Investors

January 31, 2024 03:30 PM Eastern Standard Time

BENSALEM, Pa.--(BUSINESS WIRE)--Law Offices of Howard G. Smith announces an investigation on behalf of New York Community Bancorp, Inc. ("NYCB" or the "Company") (NYSE: NYCB) investors concerning the Company's possible violations of federal securities laws.

On January 31, 2024, NYCB reported a fourth quarter 2023 net loss of $252 million. This loss was significantly due to "a $552 million provision for loan losses," which was "primarily attributable to higher net charge-offs[.]" Additionally, the Company disclosed that it would cut its quarterly dividend to $0.05 per common share.

On this news, NYCB's stock price fell as much as 46% during intraday trading on January 31, 2024, thereby injuring investors.

If you purchased NYCB securities, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Howard G. Smith, Esquire, of Law Offices of Howard G. Smith, 3070 Bristol Pike, Suite 112, Bensalem, Pennsylvania 19020 by telephone at (215) 638-4847, toll-free at (888) 638-4847, or by email to howardsmith@howardsmithlaw.com, or visit our website at www.howardsmithlaw.com.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Law Offices of Howard G. Smith

Howard G. Smith, Esquire

215-638-4847

888-638-4847

howardsmith@howardsmithlaw.com

www.howardsmithlaw.com