**Exhibit B**

## Department of Corrections Record

### Source Information

| | |
|---|---|
| **Current Date:** | 04/14/2024 |

### Defendant Information

| | |
|---|---|
| **Offender Name:** | STUBBS, JASON O |
| **FBI Number:** | 860945FC8 |
| **State ID Number:** | 1063057 |
| **DOC Number:** | 168367 |
| **Drivers License Number:** | 158532XXX |
| **Date of Birth:** | 01/XX/1979 |
| **Gender:** | MALE |
| **Race:** | CAUCASIAN |
| **Ethnicity:** | 7 |
| **Eye Color:** | BLUE |
| **Hair Color:** | BROWN |
| **Height:** | 6 FT.0 IN. |
| **Weight:** | 175 LBS. |
| **Miscellaneous Information:** | 20050722-FELONY PROBATION, 20050602-UNSENTENCED |

### Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | 041404175 |
| **Case Status:** | DISCHARGED 20060123 |
| **Case Information:** | INTRA CASE NUMBER: 244834 |
| **Statute Violated:** | 76-5-109 |
| **Offense Charged:** | CHILD ABUSE |
| **Class of Offense:** | THIRD DEGREE FELONY |
| **Offense Location:** | UTAH |
| **Verdict:** | D |
| **Court:** | 4TH DISTRICT COURT, PROVO |
| **Jurisdiction County:** | UTAH |
| **Sentence Imposed Date:** | 07/22/2005 |
| **Sentence Expiration Date:** | 01/23/2006 |
| **Sentence Status:** | DISCHARGED |
| **Prior Sentence Begin Date:** | 06/02/2005 |
| **Prior Sentence End Date:** | 07/22/2005 |
| **Prior Sentence Status:** | UNSENTENCED |

### Offense 1

| | |
|---|---|
| **Offense Number:** | 1 |
| **Case Number:** | 041404175 |
| **Case Status:** | DISCHARGED 20060123 |
| **Case Information:** | INTRA CASE NUMBER: 244834 |
| **Statute Violated:** | 76-5-109 |
| **Offense Charged:** | CHILD ABUSE |
| **Class of Offense:** | THIRD DEGREE FELONY |
| **Offense Location:** | UTAH |
| **Verdict:** | D |
| **Court:** | 4TH DISTRICT COURT, PROVO |
| **Jurisdiction County:** | UTAH |
| **Sentence Imposed Date:** | 07/22/2005 |
| **Sentence Expiration Date:** | 01/23/2006 |
| **Sentence Status:** | DISCHARGED |
| **Prior Sentence Begin Date:** | 07/22/2005 |

| | |
|---|---|
| **Prior Sentence End Date:** | 01/23/2006 |
| **Prior Sentence Status:** | FELONY PROBATION |

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**  © 2024 Thomson Reuters. No claim to original U.S. Government Works.