**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO,<br><br>Defendants. | Case No. 1:24-cv-00903-NRM-JRC |
| DALE MISKEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO,<br><br>Defendants. | Case No. 2:24-cv-01118-NRM-JRC |

**SAND HOLLOW MANAGEMENT, LLC'S NOTICE OF MOTION TO SUPPLEMENT THE RECORD REGARDING THE LEAD PLAINTIFF MOTIONS**

Lead Plaintiff movant Sand Hollow Management, LLC ("Sand Hollow"), by and through its undersigned counsel, respectfully moves this Court for permission to supplement the record regarding the lead plaintiff motions.

In support of this motion, Sand Hollow submits herewith a Memorandum of Law and Declaration of James M. Wilson, Jr. in Support thereof.

DATED: May 2, 2024                                    Respectfully submitted,

1

_/s/ James M. Wilson, Jr._
James M. Wilson, Jr.

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (_pro hac vice_
forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email:  rkillorin@faruqilaw.com

_Attorneys for [Proposed] Lead Plaintiff
Sand Hollow Management, LLC and
[Proposed] Lead Counsel for the putative
Class_

2