**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No. 1:24-cv-00903-NRM-JRC |
| DALE MISKEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No. 2:24-cv-01118-NRM-JRC |

**[PROPOSED] ORDER GRANTING SAND HOLLOW MANAGEMENT, LLC'S NOTICE OF MOTION TO SUPPLEMENT THE RECORD REGARDING THE LEAD PLAINTIFF MOTIONS**

Lead Plaintiff movant Sand Hollow Management, LLC's Motion to Supplement the Record Regarding the Lead Plaintiff Motions is GRANTED and the Declaration of Jason Stubbs Principal and Owner of Movant Sand Hollow Management LLC to Respond to Information about Me by Boston Retirement System is accepted and entered into the record.

/////

/////

/////

**IT IS SO ORDERED:**


DATED: _____


_____
The Honorable James R. Cho
United States Magistrate Judge
for the Eastern District of New York