**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No. 1:24-cv-00903-NRM-JRC |
| DALE MISKEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No. 1:24-cv-01118-NRM-JRC |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF SAND HOLLOW MANAGEMENT, LLC'S MOTION TO SUPPLEMENT TO THE RECORD REGARDING THE LEAD PLAINTIFF MOTIONS**

I, James M. Wilson, Jr., declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of Sand Hollow Management, LLC's Motion to Supplement the Record Regarding the Lead Plaintiff Motions. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2. Attached is a true and correct copy of the Declaration of Jason Stubbs Principal and Owner of Movant Sand Hollow Management LLC to Respond to Information about Me by Boston Retirement System ("Stubbs Response Declaration").

3. Attached as Exhibit A to the Stubbs Response Declaration is a true and correct copy of correspondence from counsel for movant Boston Retirement System to counsel for movant Sand Hollow Management LLC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of May 2024 in New York, NY.

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.

1