**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO,<br><br>    Defendants. | Case No. 1:24-cv-00903-NRM-JRC |
| DALE MISKEY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO,<br><br>    Defendants. | Case No. 1:24-cv-01118-NRM-JRC |

**NOTICE OF SAND HOLLOW MANAGEMENT, LLC'S MOTION FOR RECONSIDERATION OF THE COURT'S MAY 7, 2024, MEMORANDUM AND ORDER APPOINTING LEAD PLAINTIFF**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Sand Hollow Management, LLC ("Sand Hollow") will respectfully move this Court, under Local Civil Rule 6.3 for entry of an Order granting partial reconsideration of the Court's May 7, 2024 Memorandum and Order appointing Boston Retirement System ("BRS") Lead Plaintiff and approving BRS's selection of Labaton Keller Sucharow LLP as Lead Counsel ("May 7 Order") (ECF No. 44).[1]

This motion is based on the accompanying Memorandum of Law in support hereof, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Sand Hollow respectfully requests that the Court: (1) reconsider and reverse the part of the May 7 Order appointing BRS Lead Plaintiff and its counsel Labaton Keller Sucharow LLP as Lead Counsel; and (2) appoint Sand Hollow as Lead Plaintiff and Faruqi & Faruqi, LLP as Lead Counsel for the Class.

Dated:  May 20, 2024                                  Respectfully submitted,


                                                      **FARUQI & FARUQI, LLP**

                                                      By:    */s/ James M. Wilson, Jr.*
                                                             James M. Wilson, Jr.

                                                      James M. Wilson, Jr.
                                                      685 Third Avenue, 26th Floor
                                                      New York, NY 10017
                                                      Telephone: 212-983-9330
                                                      Facsimile: 212-983-9331
                                                      Email:  jwilson@faruqilaw.com

                                                      Robert W. Killorin (*pro hac vice* forthcoming)
                                                      **FARUQI & FARUQI, LLP**
                                                      3565 Piedmont Road NE Building Four
                                                      Suite 380
                                                      Atlanta, GA 30305

---

[1]    Sand Hollow does not contest that part of the May 7 Order consolidating the actions.

Telephone: 404-847-0617
Facsimile: 404-506-9534
Email:  rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Sand
Hollow Management and [Proposed] Lead Counsel
for the putative Class*

2