**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO,<br><br>Defendants. | Case No. 1:24-cv-00903-NRM-JRC |
| DALE MISKEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK COMMINUTY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO,<br><br>Defendants. | Case No. 1:24-cv-01118-NRM-JRC |

**[PROPOSED] ORDER GRANTING SAND HOLLOW MANAGEMENT, LLC'S
MOTION FOR RECONSIDERATION OF THE COURT'S MAY 7, 2024,
MEMORANDUM AND ORDER APPOINTING LEAD PLAINTIFF**

Having considered the Motion of Lead Plaintiff Movant Sand Hollow Management, LLC ("Sand Hollow") for Reconsideration of the Court's May 7, 2024, Memorandum and Order Appointing Lead Plaintiff, the memoranda of law in support thereof, Defendants' opposition briefing, and all evidence submitted by the parties in support of or in opposition to the motion, and the Court having found that the requirements of Local Civil Rule 6.3 are satisfied and good cause appearing therefore:

1.    Sand Hollow's motion is GRANTED;

2.    The part of the May 7 Order appointing BRS Lead Plaintiff and its counsel Labaton Keller Sucharow LLP as Lead Counsel is reversed;

3.    Sand Hollow is appointed as Lead Plaintiff and Faruqi & Faruqi, LLP is appointed as Lead Counsel for the Class

IT IS SO ORDERED.

DATED: _____

_____
HON. JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE