**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO,<br><br>        Defendants. | No. 24-cv-00903-NRM-JRC<br><br>Judge Nina R. Morrison<br><br>Magistrate Judge James R. Cho<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |
| DALE MISKEY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS ROBERT CANGEMI and JOHN J. PINTO,<br><br>        Defendants. | No. 24-cv-01118-NRM-JRC<br><br>Judge Nina R. Morrison<br><br>Magistrate Judge James R. Cho<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF BOSTON RETIREMENT SYSTEM'S OPPOSITION TO THE MOTION OF SAND HOLLOW MANAGEMENT, LLC FOR RECONSIDERATION OF THE COURT'S MAY 7, 2024 <u>MEMORANDUM AND ORDER APPOINTING LEAD PLAINTIFF</u>**

`

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class. I submit this declaration in support of the memorandum of law filed by proposed Lead Plaintiff Boston Retirement System ("Boston") in opposition to the motion of Sand Hollow Management, LLC for reconsideration of the Court's May 7, 2024, memorandum and order appointing Lead Plaintiff.

Attached hereto as Exhibits A is a true and correct copy of the following document:

EXHIBIT A:  Transcript to the May 3, 2024 Hearing on the Lead Plaintiff Motions.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  June 3, 2024

Respectfully submitted,

*/s/ Francis P. McConville*
**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff Boston Retirement System and Proposed Lead Counsel for the Class*

1