# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

August 7, 2024

**VIA ECF**

Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> RE: *Lemm v. New York Community Bancorp, Inc.*, No. 1:24-CV-0903-NRM-JRC
> **Motion and Stipulation to Substitute Counsel**

Dear Magistrate Judge Cho:

We previously appeared on behalf of all of the defendants in this case. Defendant Thomas R. Cangemi has since retained Covington & Burling LLP ("Covington") to replace Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") as his counsel, defendant John J. Pinto has since retained Cozen O'Conner LLP ("Cozen") to replace Skadden as his counsel, and defendant New York Community Bancorp., Inc. ("NYCB") has since retained Jones Day to replace Skadden as its counsel.

Pursuant to Local Civil Rule 1.4, please find enclosed a stipulation for the substitution of counsel executed by Mr. Cangemi, Mr. Pinto, NYCB, Covington, Cozen, Jones Day, and Skadden. We respectfully request that the Court so-order the requested substitutions of counsel. Lead Plaintiff does not oppose the relief sought by this motion.

Respectfully submitted,

 */s/ Susan L. Saltzstein*

Susan L. Saltzstein

Encls. (1)

cc: All counsel of record (via ECF)