**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO, <br><br> Defendants. | Case No. 1:24-cv-00903-NRM-JRC |

**NOTICE OF SAND HOLLOW MANAGEMENT, LLC'S MOTION TO STAY**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Sand Hollow Management, LLC ("Sand Hollow") will respectfully move this Court for entry of an Order staying this case pending decision on the outstanding motion for reconsideration of the Court's May 7, 2024 lead plaintiff order (ECF No. 44) ("May 7 Order"); and granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support hereof, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Sand Hollow respectfully requests that the Court: (1) stay this case pending decision on the motion for reconsideration of the Court's May 7 Order appointing BRS Lead Plaintiff and its counsel Labaton Keller Sucharow LLP as Lead Counsel; and (2) grant such other and further relief as the Court may deem just and proper.

Dated:  September 26, 2024                        Respectfully submitted,


                                                 **FARUQI & FARUQI, LLP**

                                                 By:     */s/ James M. Wilson, Jr.*
                                                         James M. Wilson, Jr.

                                                 James M. Wilson, Jr.
                                                 685 Third Avenue, 26th Floor
                                                 New York, NY 10017
                                                 Telephone: 212-983-9330
                                                 Facsimile: 212-983-9331
                                                 Email:  jwilson@faruqilaw.com

                                                 Robert W. Killorin (*pro hac vice* forthcoming)
                                                 **FARUQI & FARUQI, LLP**
                                                 3565 Piedmont Road NE Building Four
                                                 Suite 380
                                                 Atlanta, GA 30305
                                                 Telephone: 404-847-0617
                                                 Facsimile: 404-506-9534
                                                 Email:  rkillorin@faruqilaw.com

1

*Attorneys for [Proposed] Lead Plaintiff Sand Hollow Management and [Proposed] Lead Counsel for the putative Class*

2