**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00903-NRM-JRC |
| Plaintiff, | |
| v. | |
| NEW YORK COMMINUTY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING SAND HOLLOW MANAGEMENT, LLC'S**
**MOTION TO STAY**

Having considered the Motion of Lead Plaintiff Movant Sand Hollow Management, LLC ("Sand Hollow") to stay this case pending decision on the outstanding motion for reconsideration of the Court's May 7, 2024 lead plaintiff order (ECF No. 44) ("May 7 Order"), the memoranda of law in support thereof, Defendants' opposition briefing, and all evidence submitted by the parties in support of or in opposition to the motion:

1.      Sand Hollow's motion is GRANTED; and

2.      This case is stayed pending decision of the May 7 Order appointing BRS Lead Plaintiff and its counsel Labaton Keller Sucharow LLP as Lead Counsel.

IT IS SO ORDERED.

DATED: _____

_____
HON. JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE