**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI and JOHN J. PINTO,

    Defendants.

Case No. 1:24-cv-00903-NRM-JRC

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF SAND HOLLOW MANAGEMENT, LLC'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO STAY**

I, James M. Wilson, Jr., declare as follows:

1.        I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Sand Hollow Management, LLC's reply memorandum of law in further support of its motion to stay.  I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.        Attached as Exhibit A is a true and correct copy of the Complaint for Violations of the Sec. Act of 1933 filed in *Kujawa v. N.Y. Cmty. Bancorp, Inc.*, No. 153581/2024 (N.Y. Sup., N.Y. Cty. Apr. 16, 2024)

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of October 2024 in New York, NY.


                                                                */s/ James M. Wilson, Jr.*
                                                                James M. Wilson, Jr.


1