**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO,<br><br>          Defendants. | No.: 24-cv-00903-NRM-JRC<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| ROBERT GARFIELD, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>FLAGSTAR FINANCIAL, INC. f/k/a NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, JOHN J. PINTO, ROBERT WANN, ALESSANDRO P. DINELLO, DOMINICK CIAMPA, HANIF W. DAHYA, LESLIE D. DUNN, JAMES J. O'DONOVAN, LAWRENCE ROSANO, JR., RONALD A. ROSENFELD, DAVID TREADWELL, and LAWRENCE J. SAVARESE,<br><br>          Defendants. | No.: 24-cv-08655<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER FOR CONSOLIDATION, VACATE PRIOR LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL ORDER, REOPENING OF THE PSLRA LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL PROCESS**

Having considered the application of Movant Robert Garfield ("Plaintiff") for consolidation, to vacate the prior Lead Plaintiff and Lead Counsel approval Order (ECF No. 44) and to reopen the PSLRA lead plaintiff and lead counsel approval process (the "Motion"),

IT IS HEREBY ORDERED THAT:

1.   The Motion is granted.

2.   Pursuant to Federal Rule of Civil Procedure 42, the above-captioned related actions are hereby consolidated for all purposes.

3.   A Master File is established for this proceeding. The Master File shall be Civil Action No. 1:24-cv-00903-NRM-JRC. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4.   From henceforth, all filings shall be made in the Master File.

5.   The Order appointing Boston Retirement System ("BRS") as lead plaintiff and appointing Labaton Keller Sucharow LLP ("Labaton") as lead counsel (ECF No. 44) is hereby vacated.

6.   Labaton shall issue notice pursuant to the PSLRA within twenty (20) days of this Order on *Business Wire* to all putative Class members as defined in the September 25, 2024 Amended Consolidated Class Action Complaint For Violations of the Federal Securities Laws (the "ACC").  The notice shall advise: (1) that the Court has vacated the previous order appointing BRS as Lead Plaintiff and Labaton as Lead Counsel; (2) the definition of the Classes asserted in the ACC and any relevant Class Period;  (3) the nature of the claims asserted in the ACC;  and (4) that pursuant to the PSLRA, stockholders who wish to serve as Lead Plaintiff may move this Court to serve as such; and (5) that the Court has set a deadline for interested parties to file a motion for Lead Plaintiff and Lead Counsel as such date as the Court provides.

2

7.        Briefing on the motion shall comply with the local rules.

8.        The Court shall hold a hearing on _____, 2025.

**IT IS SO ORDERED**

Dated:_____             _____

                                              The Honorable Nina R. Morrison
United States District Judge

3