**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR.,<br><br>     Plaintiff,<br><br>  vs.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO,<br><br>     Defendants. | No.: 24-cv-00903-NRM-JRC<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| ROBERT GARFIELD, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>FLAGSTAR FINANCIAL, INC. f/k/a NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, JOHN J. PINTO, ROBERT WANN, ALESSANDRO P. DINELLO, DOMINICK CIAMPA, HANIF W. DAHYA, LESLIE D. DUNN, JAMES J. O'DONOVAN, LAWRENCE ROSANO, JR., RONALD A. ROSENFELD, DAVID TREADWELL, and LAWRENCE J. SAVARESE,<br><br>     Defendants. | No.: 24-cv-08655<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF LAURENCE D. PASKOWITZ IN SUPPORT OF MOTION OF PLAINTIFF ROBERT GARFIELD TO CONSOLIDATE, VACATE PRIOR LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL ORDER AND ORDER REOPENING OF THE PSLRA LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL PROCESS**

I, Laurence D. Paskowitz, declare as follows under penalty of perjury under the laws of the United States:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at The Paskowitz Law Firm, P.C., one of counsel for Movant Robert Garfield. I submit this declaration in support of the Motion referenced above.

2.    Attached as Exhibits A and B hereto are true and correct copies of the following documents:

EXHIBIT A:   Relevant excerpt from the Indiana Public Retirement System ("IPRS") Public Equity APRA (Access to Public Records) Report as of the quarter ended December 31, 2022;

EXHIBIT B: Five Worldcom-related PSLRA Notices from 2002.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of December, 2024

/s/ *Laurence D. Paskowitz*
Laurence D. Paskowitz

2