# EXHIBIT A

Indiana Public Retirement System
Public Equity APRA Report

| Cusip | Ticker | ISIN | Issuer Name | Shares | Base Market Value | Holdings as of Date |
|---|---|---|---|---|---|---|
| 640491106 | NEOG | US6404911066 | Neogen Corp | 1,305.00 | 19,875.15 | 12/31/2022 |
| 64049M209 | NEO | US64049M2098 | NeoGenomics Inc | 9,360.00 | 86,299.20 | 12/31/2022 |
| | NMT | AU000000NMT1 | Neometals Ltd | 19,832.00 | 10,759.26 | 12/31/2022 |
| | NESTE | FI0009013296 | Neste Oyj | 10,085.00 | 463,033.56 | 12/31/2022 |
| | NESN | CH0038863350 | Nestle SA | 59,984.00 | 6,946,266.49 | 12/31/2022 |
| | NESN | CH0038863350 | Nestle SA | 168,188.32 | 20,102,693.98 | 12/31/2022 |
| | NESN | CH0038863350 | Nestle SA | 91,768.68 | 11,105,594.80 | 12/31/2022 |
| | NESN | CH0038863350 | Nestle SA | 0.00 | 64,807.08 | 12/31/2022 |
| | 7518 | JP3758200004 | NET One Systems Co Ltd | 1,700.00 | 44,192.65 | 12/31/2022 |
| | NTC | ZAE000011953 | Netcare Ltd | 302,444.00 | 257,739.52 | 12/31/2022 |
| | NETC | DK0060952919 | Netcompany Group A/S | 778.00 | 32,849.10 | 12/31/2022 |
| | 9999 | KYG6427A1022 | NetEase Inc | 59,990.00 | 880,063.93 | 12/31/2022 |
| 64110L106 | NFLX | US64110L1061 | Netflix Inc | 23,483.00 | 6,924,667.04 | 12/31/2022 |
| 64111Q104 | NTGR | US64111Q1040 | NETGEAR Inc | 2,104.00 | 38,103.44 | 12/31/2022 |
| | NETLINK | SG1DH9000006 | NETLINK NBN TRUST | 65,100.00 | 40,287.06 | 12/31/2022 |
| 64115T104 | NTCT | US64115T1043 | NetScout Systems Inc | 5,151.00 | 167,459.01 | 12/31/2022 |
| 64119V303 | NTST | US64119V3033 | NETSTREIT Corp | 4,095.00 | 75,061.35 | 12/31/2022 |
| | NWL | AU000000NWL7 | Netwealth Group Ltd | 1,508.00 | 12,374.07 | 12/31/2022 |
| | NETW | GB00BH3VJ782 | Network International Holdings PLC | 9,053.00 | 32,451.76 | 12/31/2022 |
| 02215L209 | KNTK | US02215L2097 | New BCP Raptor Holdco LLC | 1,180.00 | 39,034.40 | 12/31/2022 |
| | 1336 | CNE100001922 | New China Life Insurance Co Ltd | 27,003.98 | 66,083.19 | 12/31/2022 |
| 644535106 | NGD | CA6445351068 | New Gold Inc | 13,656.00 | 13,404.54 | 12/31/2022 |
| 646025106 | NJR | US6460251068 | New Jersey Resources Corp | 6,592.00 | 327,095.04 | 12/31/2022 |
| | 9901 | KYG6470A1168 | New Oriental Education & Technology Group Inc | 31,500.00 | 115,023.16 | 12/31/2022 |
| 64829B100 | NEWR | US64829B1008 | New Relic Inc | 27,968.98 | 1,578,849.05 | 12/31/2022 |
| | 17 | HK0000608585 | New World Development Co Ltd | 31,785.00 | 89,593.14 | 12/31/2022 |
| | 659 | BMG668971101 | New World Development Co Ltd | 48,613.00 | 42,042.26 | 12/31/2022 |
| 649445103 | NYCB | US6494451031 | New York Community Bancorp Inc | 18,420.00 | 158,412.00 | 12/31/2022 |
| 649445103 | NYCB | US6494451031 | New York Community Bancorp Inc | 0.30 | 2.60 | 12/31/2022 |
| 649604501 | NYMT | US6496045013 | New York Mortgage Trust Inc | 27,779.00 | 71,114.24 | 12/31/2022 |
| 650111107 | NYT | US6501111073 | New York Times Co/The | 4,440.00 | 144,122.40 | 12/31/2022 |
| | | | NEW ZEALAND | 1.00 | 3,941.00 | 12/31/2022 |
| | NCM | AU000000NCM7 | Newcrest Mining Ltd | 18,814.00 | 263,339.86 | 12/31/2022 |
| Q6651B114 | NCM | AU000000NCM7 | Newcrest Mining Ltd | 1,369.00 | 19,136.40 | 12/31/2022 |
| 651229106 | NWL | US6512291062 | Newell Brands Inc | 10,405.00 | 136,097.40 | 12/31/2022 |
| 65158N102 | NMRK | US65158N1028 | Newmark Group Inc | 9,310.00 | 74,200.70 | 12/31/2022 |
| 65158N102 | NMRK | US65158N1028 | Newmark Group Inc | 63,500.00 | 506,095.00 | 12/31/2022 |
| 651639106 | NEM | US6516391066 | Newmont Corp | 42,599.00 | 2,010,672.80 | 12/31/2022 |
| 651718504 | NR | US6517185046 | Newpark Resources Inc | 6,367.00 | 26,423.05 | 12/31/2022 |
| 65249B109 | NWSA | US65249B1098 | News Corp | 10,416.00 | 189,571.20 | 12/31/2022 |
| 65249B208 | NWS | US65249B2088 | News Corp | 3,255.00 | 60,022.20 | 12/31/2022 |
| | REA | AU000000REA9 | News Corp | 1,014.00 | 76,190.97 | 12/31/2022 |
| | NEX | FR0000044448 | Nexans SA | 904.00 | 81,476.85 | 12/31/2022 |
| | NEX | FR0000044448 | Nexans SA | 53,875.14 | 4,855,726.44 | 12/31/2022 |
| 65340P106 | NXE | CA65340P1062 | NexGen Energy Ltd | 12,170.00 | 53,801.47 | 12/31/2022 |
| | NEXI | IT0005366767 | Nexi SpA | 12,184.00 | 95,782.85 | 12/31/2022 |