# EXHIBIT B

 LexisNexis®

## Glancy & Binkow LLP Commences Class Action Lawsuit Against WorldCom, Inc.

Business Wire

May 7, 2002, Tuesday

Copyright 2002 Business Wire, Inc.

**Length:** 398 words

**Dateline:** LOS ANGELES, May 7, 2002

### Body

Notice is hereby given that Glancy & Binkow LLP commenced a Class Action lawsuit in the United States District Court for the Southern District of New York on behalf of a class (the "Class") consisting of all persons who purchased securities of WorldCom, Inc. ("WorldCom") (Nasdaq:WCOM) between January 3, 2000 and April 29, 2002, inclusive (the "Class Period").

The Complaint charges WorldCom, Inc. and certain of its officers and directors, together with WorldCom's auditors, Arthur Andersen, LLP, violated the federal securities laws. Among other things, plaintiff claims that defendants misrepresented WorldCom's earnings in its public filings with the SEC and elsewhere as a result of failing to record write-downs of goodwill and other intangible assets associated with *WorldCom*'s acquisition of numerous telecommunications companies at premium prices and carrying such assets on WorldCom's balance sheet at the cost of acquiring them long after it had become apparent that WorldCom had overpaid to acquire such assets. Additionally, Defendants failed to disclose that WorldCom's goodwill and other intangible assets associated with WorldCom's acquisitions of numerous telecommunications companies at premium prices were being carried at unrealistically and misleadingly high values on WorldCom's balance sheet. These revelations caused WorldCom's stock price to plummet, inflicting damages on investors.

Plaintiff seeks to recover damages on behalf of Class members and is represented by Glancy & Binkow LLP, a law firm with significant experience in prosecuting class actions and substantial expertise in actions involving corporate fraud.

If you are a member of the Class described above, you may move the Court, not later than July 1, 2002, to serve as lead plaintiff; however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, of Glancy & Binkow LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at 310/201-9150 or toll free at 888/773-9224 or by e-mail to info@glancylaw.com.

CONTACT: Glancy & Binkow LLP, Los Angeles

Lionel Z. Glancy or Michael Goldberg

310/201-9150 or 888/773-9224
info@glancylaw.com

URL: http://www.businesswire.com

# Class Action Filed On Behalf Of Purchasers Of WorldCom, Inc. (WCOM) Securities Between May 19, 1999 And April 21, 2002

Internet Wire

June 6, 2002 Thursday

Copyright 2002 Internet Wire, Incorporated. All rights reserved.

**Length:** 397 words

**Dateline:** Jun 06, 2002; DENVER, CO; INTERNET WIRE

## Body

Dyer & Shuman, LLP today announced that it has filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of purchasers of WorldCom, Inc. (NASDAQ: WCOM) publicly traded securities during the period between May 15, 1999 and April 21, 2002 (the "Class Period"), inclusive, against defendants Salomon Smith Barney, Inc. ("Salomon") and Salomon's analyst Jack Grubman. A copy of the complaint in this action (Civil Action No. 02-CV-4277) is available from the Court.

If you wish to serve as a lead plaintiff in this action, you must move the Court no later than July 12, 2002. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. Your ability to share in any recovery is not affected by your decision whether or not to serve as a lead plaintiff. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Trig R. Smith of Dyer & Shuman, LLP, at (800) 711-6483 or (303) 861-3003 or via e-mail at tsmith@dyershuman.com. Dyer & Shuman, LLP has extensive experience in securities class action litigation, and has played lead roles in major securities fraud cases throughout the nation, resulting in the recovery of hundreds of millions of dollars to investors. Any member of the purported class may move the Court to serve as a lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The Complaint alleges that defendants violated sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder, via the issuance of WorldCom analyst reports that recommended the purchase of WorldCom common stock and set price targets for the company's shares without any reasonable basis in fact. When defendants issued the WorldCom financial reports at issue, they failed to disclose serious conflicts of interest, which were used to obtain investment banking business for Salomon. Further, the defendants issued WorldCom financial reports that recommended the purchase of the stock, but failed to disclose material, non-public, adverse information about WorldCom, as well as the defendants' true opinion about WorldCom's business prospects and financial condition.

801 E. 17th Avenue
Denver, CO 80218

CONTACT:

Trig R. Smith

Dyer &Shuman, LLP

303-861-3003
*tsmith@dyershuman.com*

## Bernstein Liebhard & Lifshitz, LLP Announces Class Action Lawsuit Commenced Against WorldCom, Inc. (WCOM)

Internet Wire

May 13, 2002 Monday

Copyright 2002 Internet Wire, Incorporated. All rights reserved.

Length: 668 words

Dateline: May 13, 2002; NEW YORK, NY; INTERNET WIRE

## Body

A securities *class action* lawsuit was commenced on behalf of all persons who purchased or acquired *WorldCom*, Inc. (NASDAQ: WCOM) ("*WorldCom*" or the "Company") securities between January 3, 2000 and April 29, 2002, inclusive (the "Class Period"). A copy of the complaint is available from the Court or from Bernstein Liebhard & Lifshitz, LLP. Please visit our website at *www.bernlieb.com* or contact us at (800) 217-1522 or by email at *WCOM@bernlieb.com*.

The case is pending in the Southern District of New York located at 500 Pearl Street, New York, New York 10004. The complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated by the SEC thereunder, as well as pendant state law claims for fraud, negligent misrepresentation, and intentional deceit and seeks to recover damages. The complaint alleges that defendants violated the federal securities laws by making misrepresentations and/or omissions in connection with false and/or misleading financial statements.

The complaint specifically alleges that defendants misrepresented *WorldCom*'s earnings in its public filings with the SEC and elsewhere as a result of failing to record write-downs of goodwill and other intangible assets associated with *WorldCom*'s acquisition of numerous telecommunications companies at premium prices. The complaint further alleges that defendants affirmatively misstated the value of goodwill and other intangible assets associated with *WorldCom*'s acquisition of numerous telecommunications companies at premium prices and carrying such assets on *WorldCom*'s balance sheet at the cost of acquiring them long after it had become apparent that *WorldCom* had overpaid to acquire such assets. Additionally, defendants failed to disclose that *WorldCom*'s goodwill and other intangible assets associated with *WorldCom*'s acquisitions of numerous telecommunications companies at premium prices were being carried at unrealistically and misleadingly high values on *WorldCom*'s balance sheet.

Plaintiff seeks to recover damages on behalf of all those who purchased or otherwise acquired *WorldCom* securities during the Class Period. If you purchased or otherwise acquired *WorldCom* securities during the Class Period, and either lost money on the transaction or still hold the securities, you may wish to join in the action to serve as lead plaintiff. In order to do so, you must meet certain requirements set forth in the applicable law and file appropriate papers no later than July 1, 2002.

A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Bernstein Liebhard & Lifshitz, LLP, or other counsel of your choice, to serve as your counsel in this action.

Bernstein Liebhard & Lifshitz, LLP Announces Class Action Lawsuit Commenced Against WorldCom, Inc. (WCOM)

Bernstein Liebhard & Lifshitz, LLP has been retained as one of the law firms to represent the Class. The attorneys at Bernstein Liebhard & Lifshitz, LLP have extensive experience in securities *class action* cases, and have played lead roles in major cases resulting in the recovery of hundreds of millions of dollars to investors. For more information about Bernstein Liebhard & Lifshitz, LLP, please visit our website at *www.bernlieb.com*.

If you would like to discuss this action or if you have any questions concerning this Notice or your rights as a potential class member or lead plaintiff, you may contact Ms. Linda Flood, Director of Shareholder Relations, at Bernstein Liebhard & Lifshitz, LLP, 10 East 40th Street, New York, New York 10016, (800) 217-1522 or 212-779-1414 or by e-mail at *WCOM@bernlieb.com*.
CONTACT:

Ms. Linda Flood

Director of Shareholder Relations

Bernstein Liebhard &Lifshitz, LLP

800-217-1522
*WCOM@bernlieb.com*

**Load-Date:** May 14, 2002

---

End of Document

*Bondholder Lawsuit Commenced Against WorldCom, Inc., Certain of Its Officers And Directors, and Arthur Andersen, LLP by Wechsler Harwood Halebian & Feffer LLP*

PR Newswire

June 28, 2002 Friday

Copyright 2002 PR Newswire Association, Inc.

**Distribution:** TO BUSINESS EDITOR

**Section:** FINANCIAL NEWS

**Length:** 724 words

**Dateline:** NEW YORK June 28

## Body

Wechsler Harwood Halebian & Feffer LLP ("Wechsler Harwood") commenced a class action on behalf of all persons who purchased or otherwise acquired the bonds of WorldCom, Inc. ("WorldCom") (Nasdaq: WCOME) between April 26, 2001 and June 25, 2002 (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 ("1934 Act"). The complaint filed in the action names as defendants WorldCom, Bernard J. Ebbers, Scott D. Sullivan, WorldCom's Audit Committee members, and its auditor, Arthur Anderson, LLP. The action is pending in the United States District Court for the District of Mississippi at Jackson.

The complaint is based on an overstatement, by $3.8 billion, of WorldCom's earnings during the Class Period. As detailed in the complaint, instead of the $1.4 billion in profits WorldCom reported in 2001 and $130 million in the first quarter of 2002, WorldCom admits it lost money during those periods. As further detailed in the complaint, WorldCom, under the guidance of Messrs. Ebbers and Sullivan, booked basic operating costs as capital expenditures, a practice that reduced expenses, and allowed WorldCom to report falsely profits instead of losses in violation of Generally Accepted Accounting Principles,

WorldCom's Audit Committee and Arthur Andersen also knew that this type of accounting practice was improper yet knowingly condoned or recklessly failed to correct the subject financial statements. According to published reports, Andersen's audit reports "could not be relied upon for at least "the five quarters in question." As an experienced auditor charged with the responsibility of preparing disclosures to be filed with the SEC, Andersen knew the alleged conduct did not comport with GAAP, but either intentionally or recklessly disregarded this pervasive fraud to the detriment of the Class.Andersen, however, issued a March 7, 2002, "Report Of Independent Public Accountants," included in WorldCom's improperly prepared 2001 Form 10-K filed with the SEC on March 13, 2002. Anderson's opinion letter falsely stated that it had properly audited the Company's 2001 balance sheet and that in Anderson's opinion "$(w$)e believe that our audits provide a reasonable basis for our opinion. In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of WorldCom, Inc. and subsidiaries as of December 31, 2000 and 2001, and the results of their operations and their cash flows for each of the years in the three-year period ended December 31, 2001, in conformity with accounting principles generally accepted in the United States."

If you purchased WorldCom bonds during the Class Period, you may request by August 27, 2002, that the Court appoint you as lead plaintiff. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim

Bondholder Lawsuit Commenced Against WorldCom, Inc., Certain of Its Officers And Directors, and Arthur Andersen, LLP by Wechsler Harwood Halebian & Feffer LLP

is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Wechsler Harwood, or other counsel of your choice, to serve as your counsel in this action.

Wechsler Harwood, which has extensive experience in prosecuting investor class actions involving financial fraud, has prosecuted securities, antitrust and consumer class actions for over 10 years. For more information about Wechsler Harwood Halebian & Feffer LLP, please visit its website at http://www.whhf.com.

If you wish to discuss this action with us, or have any questions concerning this notice or your rights and interests with regard to the case, please contact the following:

Wechsler Harwood Halebian & Feffer LLP

   488 Madison Avenue, 8th Floor

   New York, New York 10022

   Toll Free Telephone: (877) 935-7400

Samuel K. Rosen, Esq.: *srosen@whhf.com*; or Craig Lowther, Wechsler

   Harwood Shareholder Relations Department: *clowther@whhf.com*

> MAKE YOUR OPINION COUNT - Click Here
> *http://tbutton.prnewswire.com/prn/11690X14471344*

SOURCE Wechsler Harwood Halebian & Feffer LLP

CONTACT: Samuel K. Rosen, Esq., *srosen@whhf.com*, Craig Lowther, *clowther@whhf.com*, both of Wechsler Harwood Shareholder Relations Department, +1-877-935-7400

*http://www.prnewswire.com*

**Load-Date:** June 29, 2002

End of Document

# *Weiss & Yourman Law Office Announces Class Action Lawsuit Against WorldCom, Inc.*

Business Wire

May 13, 2002, Monday

Copyright 2002 Business Wire, Inc.

**Length:** 458 words

**Dateline:** NEW YORK, May 13, 2002

## Body

A class action lawsuit against WorldCom, Inc. ("WorldCom" or the "Company")(Nasdaq:WCOM), together with its auditors, Arthur Andersen, LLP, and certain of its officers and directors was commenced in the United States District Court for the Southern District of New York, on behalf of purchasers of WorldCom securities.

If you purchased WorldCom securities between January 3, 2000 and April 29, 2002, please read this notice.

The complaint charges the defendants with violations of the Securities Exchange Act of 1934. The complaint alleges that defendants issued false and misleading statements which artificially inflated the stock.

This action seeks to recover damages on behalf of defrauded investors who purchased WorldCom securities. Plaintiff is represented by Weiss & Yourman, a law firm possessing significant experience and expertise in prosecuting class actions on behalf of defrauded shareholders in federal and state courts throughout the United States. Weiss & Yourman has been appointed by numerous courts to serve as lead counsel in class action lawsuits and in that capacity has recovered hundreds of millions of dollars on behalf of investors.

If you purchased WorldCom securities between January 3, 2000 and April 29, 2002, you may move the Court no later than July 1, 2002, to serve as a lead plaintiff of the class. In order to serve as a lead plaintiff, you must meet certain legal requirements. A lead plaintiff is a representative party that acts on behalf of other class members in directing the litigation. In order to be appointed lead plaintiff, the Court must determine that the class member's claim is typical of the claims of other class members, and that the class member will adequately represent the class. Under certain circumstances, one or more class members may together serve as "lead plaintiff." Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Weiss & Yourman or other counsel of your choice to serve as your counsel in this action.

If you wish to receive an investor package or if you wish to discuss this action, have any questions concerning this notice or your rights or interests with respect to this matter, or if you have any information you wish to provide to us, please contact:

Mark D. Smilow, James E. Tullman and/or David C. Katz, (888) 593-4771 or (212) 682-3025, via Internet electronic mail at info@wynyc.com or by writing Weiss & Yourman, The French Building, 551 Fifth Avenue, Suite 1600, New York, New York 10176.

CONTACT: Weiss & Yourman

Mark D. Smilow

James E. Tullman