**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO,<br><br>Defendants. | Master File No. 24-cv-00903-NRM-JRC<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| ROBERT GARFIELD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR FINANCIAL, INC. f/k/a NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, JOHN J. PINTO, ROBERT WANN, ALESSANDRO P. DINELLO, DOMINICK CIAMPA, HANIF W. DAHYA, LESLIE D. DUNN, JAMES J. O'DONOVAN, LAWRENCE ROSANO, JR., RONALD A. ROSENFELD, DAVID TREADWELL, and LAWRENCE J. SAVARESE,<br><br>Defendants. | No. 24-cv-08655-JAM<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF LAUREN A. ORMSBEE IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE TO ROBERT GARFIELD'S MOTION TO CONSOLIDATE, VACATE PRIOR LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL ORDER AND ORDER REOPENING OF THE PSLRA LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL PROCESS**

I, Lauren A. Ormsbee, declare as follows:

1. I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at the law firm of Labaton Keller Sucharow LLP, Lead Counsel for the Class. I respectfully submit this declaration in support of the response filed by Lead Plaintiff Boston Retirement System to Robert Garfield's Motion to Consolidate, Vacate Prior Lead Plaintiff and Lead Counsel Approval Order and Order Reopening of the PSLRA Lead Plaintiff and Lead Counsel Approval Process (ECF No. 84).

2. Attached hereto as Exhibit A is a true and correct copy of the December 9, 2024 Decision + Order on Motion granting a stay of *Kujawa v. New York Community Bancorp, Inc.*, Index No. 153581/2024 (NYSCEF Doc. No. 52).

3. Attached hereto as Exhibit B is a true and correct copy of the November 3, 2023 So-Ordered Letter from Laurence D. Paskowitz to the Honorable Lorna G. Schofield in *Gru v. Axsome Therapeutics, Inc., et al.,* No. 1:22-cv-03925-LGS (ECF No. 64).

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Jeffrey M. Gill, dated January 2, 2025.

5. Attached hereto as Exhibit D is a true and correct copy of a Loss Chart identifying Indiana Public Retirement System's transactions in New York Community Bancorp, Inc. securities during the Class Period.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of January 2025 in New York, NY.

Respectfully submitted,

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee