# EXHIBIT A

Case 1:24-cv-00903-NRM-JRC    Document 85-2    Filed 01/02/25    Page 2 of 3 PageID #: 1335

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  COMMERCIAL DIVISION PART 53

-------------------------------------------------------------------------------X

LEO KUJAWA,

|  |  |
|---|---|
| **INDEX NO.** | 153581/2024 |
| **MOTION DATE** | 11/14/2024 |
| **MOTION SEQ. NO.** | 003 |

Plaintiff,

- v -

NEW YORK COMMUNITY BANCORP, INC.,THOMAS R.
CANGEMI, JOHN J. PINTO, ROBERT WANN,
ALLESSANDRO P. DINELLO, DOMINICK CIAMPA,
HANIF W. DAHYA, LESLIE D. DUNN, MARSHALL J. LUX,
JAMES J. O'DONOVAN, LAWRENCE ROSANO, RONALD
A. ROSENFELD, DAVID TREADWELL, LAWRENCE J.
SAVARESE

**DECISION + ORDER ON
MOTION**

Defendant.

-------------------------------------------------------------------------------X

HON. ANDREW BORROK:

The following e-filed documents, listed by NYSCEF document number (Motion 003) 36, 37, 38, 39, 40,
41, 42, 43, 44

were read on this motion to/for _____ STAY _____.

Upon the foregoing documents, the motion (Mtn. Seq. No. 3) for a stay pursuant to CPLR § 2201

is GRANTED.

Both this case and the first filed *Lemm v. New York Community Bancorp, Inc. et al,* No. 24-cv-

00903-NRM-JRC arise out of New York Community Bank's alleged false and misleading

disclosure regarding its internal controls over financial reporting, risk management, asset quality,

and accounting practices in connection with its acquisition and merger with Flagstar. A stay is

thus warranted because there is "a substantial identity of parties," and "both actions arose out of

the 'same subject matter or series of alleged wrongs.'" (*Mahar v. Gen. Elec. Co.,* 65 Misc.3d

1121, 1131 (N.Y. Sup. Ct. 2019) *aff'd.,* 118 A.D.3d 534, 137 N.Y.S.3d 295 [2020]; citing *PK*

153581/2024   KUJAWA, LEO vs. NEW YORK COMMUNITY BANCORP, INC. ET AL
Motion No. 003

Page 1 of 2

Case 1:24-cv-00903-NRM-JRC    Document 85-2    Filed 01/02/25    Page 3 of 3 PageID #: 1336

*Rest., LLC v Lifshutz*, 138 AD3d 434, 436 [1st Dept 2016]) to avoid inconsistent rulings and

preserve judicial resources.

Accordingly, it is hereby ORDERED that Defendants' motion seeking a stay is GRANTED.

20241209101016AB0RR0K04B3E785CD64AA8E9CABCA68FACB782C

| __12/8/2024__ | | __ANDREW BORROK, J.S.C.__ |
| DATE | | |

| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | |
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

**153581/2024   KUJAWA, LEO vs. NEW YORK COMMUNITY BANCORP, INC. ET AL** Page 2 of 2
Motion No.  003

2 of 2