# EXHIBIT D

**LOSS ANALYSIS**

**Exchange Act Class Period: 07/27/22 - 02/29/24**

**Flagstar Financial Inc fka New York Community Bancorp Inc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price^ |
|---|---|---|---|---|
| NYCB (FLG as of 10/25/24) | 649445103 | US6494451031 | 2711656 | $3.3261 |

**Indiana Public Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price* | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance | 07/27/22 | 73,079.00 | | |
| Purchases | 09/28/22 | 3,250.00 | $8.83 | ($28,697.50) |
| Purchases | 10/19/22 | 1,210.00 | $8.56 | ($10,357.60) |
| Purchases | 12/01/22 | 13,795.88 | $9.19 | ($126,784.17) |
| Purchases | 12/01/22 | 160.60 | $9.19 | ($1,475.95) |
| Purchases | 12/01/22 | 100.38 | $9.19 | ($922.47) |
| Purchases | 12/01/22 | 401.51 | $9.19 | ($3,689.88) |
| Purchases | 12/01/22 | 642.42 | $9.19 | ($5,903.80) |
| Purchases | 12/01/22 | 240.91 | $9.19 | ($2,213.93) |
| Purchases | 12/01/22 | 160.60 | $9.19 | ($1,475.95) |
| Purchases | 12/01/22 | 13,410.43 | $9.19 | ($123,241.89) |
| Purchases | 12/01/22 | 14,462.39 | $9.19 | ($132,909.36) |
| Purchases | 12/01/22 | 554.08 | $9.19 | ($5,092.03) |
| Purchases | 12/01/22 | 505.90 | $9.19 | ($4,649.25) |
| Purchases | 12/16/22 | 5,980.00 | $8.72 | ($52,145.60) |
| Purchases | 12/16/22 | 1,870.00 | $8.72 | ($16,306.40) |
| Purchases | 03/07/23 | 400.00 | $8.35 | ($3,340.00) |
| Purchases | 03/17/23 | 1,320.00 | $6.54 | ($8,632.80) |
| Purchases | 03/27/23 | 39,674.00 | $8.89 | ($352,713.76) |
| Purchases | 03/28/23 | 9,489.00 | $8.92 | ($84,627.65) |
| Purchases | 03/29/23 | 3,372.00 | $9.08 | ($30,608.66) |
| Purchases | 03/30/23 | 494.00 | $8.98 | ($4,434.34) |
| Purchases | 03/31/23 | 701.00 | $9.01 | ($6,315.10) |
| Purchases | 04/03/23 | 473.00 | $8.81 | ($4,166.75) |
| Purchases | 04/04/23 | 580.00 | $8.73 | ($5,064.15) |
| Purchases | 05/03/23 | 535.00 | $9.79 | ($5,237.65) |
| Purchases | 05/05/23 | 660.00 | $9.64 | ($6,359.10) |
| Purchases | 06/08/23 | 5,220.00 | $10.84 | ($56,559.22) |
| Purchases | 06/16/23 | 1,190.00 | $10.65 | ($12,673.50) |
| Purchases | 06/16/23 | 5,550.00 | $10.65 | ($59,107.50) |
| Purchases | 07/20/23 | 1,530.00 | $12.16 | ($18,604.80) |
| Purchases | 09/15/23 | 3,090.00 | $11.69 | ($36,122.10) |
| Purchases | 09/15/23 | 2,470.00 | $11.69 | ($28,874.30) |
| Purchases | 10/17/23 | 1,500.00 | $10.86 | ($16,290.00) |
| Purchases | 10/17/23 | 1,410.00 | $10.86 | ($15,312.60) |
| Purchases | 12/01/23 | 760.00 | $9.86 | ($7,495.80) |
| Purchases | 12/01/23 | 760.00 | $9.86 | ($7,496.34) |
| Purchases | 12/15/23 | 4,040.00 | $10.96 | ($44,278.40) |
| Purchases | 12/15/23 | 3,120.00 | $10.96 | ($34,195.20) |
| **Class Period purchases:** | | **145,083.11** | | **($1,364,375.51)** |

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price* | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 12/06/22 | -15,502.00 | $8.45 | $130,970.20 |
| Sales° | 03/22/23 | -0.30 | $8.76 | $2.65 |
| Sales° | 03/22/23 | -0.81 | $8.76 | $7.10 |
| Sales | 06/23/23 | -4,370.00 | $10.47 | $45,753.90 |
| Sales | 06/23/23 | -3,190.00 | $10.47 | $33,399.30 |
| Sales | 07/11/23 | -8,610.00 | $11.64 | $100,220.40 |
| Sales | 01/25/24 | -14,410.00 | $10.21 | $147,126.10 |
| **Class Period sales that match to Class Period purchases:** | | **-46,083.11** | | **$457,479.65** |
| Sales | 08/15/22 | -660.00 | $10.81 | $7,133.41 |
| **Class Period sales that match to Pre-Class Period purchases:** | | **-660.00** | | **$7,133.41** |
| | Shares Held: | 99,000.00 | $3.3261 | $329,283.90 |

| | | |
|---|---|---|
| **LIFO Gain/(Loss):** | | **($577,611.96)** |
| Total Shares Purchased or Otherwise Acquired: | | 145,083.11 |
| Total Net Shares: | | 98,340 |
| Total Net Expenditures: | | ($899,762.45) |

^ *Value of shares held is the mean trading price from 03/01/24 - 05/29/24*

\* *All share values are pre-stock split numbers*

° *Settled fractional shares purchased or otherwise acquired in connection with the Merger offering on Dec. 1, 2022.*

**LOSS ANALYSIS**

**Securities Act Analysis: Shares acquired pursuant to and traceable to Merger Offering on 12/01/22**

**Flagstar Financial Inc fka New York Community Bancorp Inc**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price^ |
|---|---|---|---|---|
| NYCB (FLG as of 10/25/24) | 649445103 | US6494451031 | 2711656 | $2.9200 |

**Indiana Public Retirement System**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price* | Cost/Proceeds |
|---|---|---|---|---|
| Opening Balance (Flagstar Shares) | 12/01/22 | 11,067.00 | | |
| Corporate Actions | 12/01/22 | 13,795.88 | $9.19 | ($126,784.17) |
| Corporate Actions | 12/01/22 | 160.60 | $9.19 | ($1,475.95) |
| Corporate Actions | 12/01/22 | 100.38 | $9.19 | ($922.47) |
| Corporate Actions | 12/01/22 | 401.51 | $9.19 | ($3,689.88) |
| Corporate Actions | 12/01/22 | 642.42 | $9.19 | ($5,903.80) |
| Corporate Actions | 12/01/22 | 240.91 | $9.19 | ($2,213.93) |
| Corporate Actions | 12/01/22 | 160.60 | $9.19 | ($1,475.95) |
| Corporate Actions | 12/01/22 | 13,410.43 | $9.19 | ($123,241.89) |
| Corporate Actions | 12/01/22 | 14,462.39 | $9.19 | ($132,909.36) |
| Corporate Actions | 12/01/22 | 554.08 | $9.19 | ($5,092.03) |
| Corporate Actions | 12/01/22 | 505.90 | $9.19 | ($4,649.25) |
| **NYCB Shares Acquired In Merger Offering:** | | **44,435.11** | | **($408,358.69)** |
| Sales | 12/06/22 | -15,502.00 | $8.45 | $130,970.20 |
| Corporate Actions° | 03/22/23 | -0.30 | $8.76 | $2.65 |
| Corporate Actions° | 03/22/23 | -0.81 | $8.76 | $7.10 |
| **Sales/Corporate Actions Prior to February 29, 2024 That Match to Offering Shares:** | | **-15,503.11** | | **$130,979.95** |
| | Shares Held: | 28,932.00 | $2.9200 | $84,481.44 |
| | | | **LIFO Gain/(Loss):** | **($192,897.30)** |
| | | | Total Shares Acquired in Merger: | 44,435.11 |
| | | | Total Net Shares: | 28,932.00 |

^ *Value of shares held is the close price of 04/16/24.*

\* *All share values are pre-stock split numbers*

° *Settled fractional shares purchased or otherwise acquired in connection with the Merger offering on Dec. 1, 2022.*