**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br> Defendants. | No.: 24-cv-00903-NRM-JRC <br><br> <u>CLASS ACTION</u> <br><br> <u>JURY TRIAL DEMANDED</u> |
| ROBERT GARFIELD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FLAGSTAR FINANCIAL, INC. f/k/a NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, JOHN J. PINTO, ROBERT WANN, ALESSANDRO P. DINELLO, DOMINICK CIAMPA, HANIF W. DAHYA, LESLIE D. DUNN, JAMES J. O'DONOVAN, LAWRENCE ROSANO, JR., RONALD A. ROSENFELD, DAVID TREADWELL, and LAWRENCE J. SAVARESE, <br><br> Defendants. | No.: 1:24-cv-08655-JAM <br><br> <u>CLASS ACTION</u> <br><br> <u>JURY TRIAL DEMANDED</u> |

**[AMENDED PROPOSED] ORDER CONSOLIDATING ACTIONS, VACATING PRIOR**
**LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL ORDER, AND REOPENING**
**THE PSLRA LEAD PLAINTIFF AND LEAD COUNSEL APPROVAL PROCESS**

Having considered the application of Movant Robert Garfield ("Plaintiff") for consolidation, to vacate the prior Lead Plaintiff and Lead Counsel approval Order (ECF No. 44) and to reopen the PSLRA Lead Plaintiff and Lead Counsel approval process (the "Motion"),

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to Federal Rule of Civil Procedure 42(a)(2), the above-captioned related actions are hereby consolidated for pretrial purposes.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 1:24-cv-00903-NRM-JRC.

4. The Order appointing Boston Retirement System ("BRS") as Lead Plaintiff and appointing Labaton Keller Sucharow LLP ("Labaton") (ECF No. 44) as Lead Counsel is hereby vacated.

5. The Courts strikes the allegations of the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "ACC") filed by BRS on September 25, 2024, to the extent they characterize the pleading as a PSLRA consolidated and amended complaint.

6. Counsel for BRS and Movant Garfield shall confer as to a form of notice to putative Class members and shall issue that notice pursuant to the PSLRA within ten (10) business days of this Order per the dictates of the PSLRA using a "widely circulated national business-oriented publication or wire service" to all putative Class members as defined in the ACC and the *Garfield* action. The notice shall describe: (1) that the Court has vacated the previous order appointing BRS as Lead Plaintiff and Labaton as Lead Counsel; (2) the definition of the Classes asserted in the ACC and the *Garfield* action and any relevant Class Period; (3) the nature of the claims asserted

2

in the ACC and the *Garfield* action, and that a contention has been made that the New Securities Act Class should have a separate Lead or Co-Lead Plaintiff and separate Lead or Co-Lead Counsel; (4) that pursuant to the PSLRA, stockholders who wish to serve as Lead or Co-Lead Plaintiff may move this Court to serve as such; and (5) that the Court has set a deadline for interested parties to file any motion for appointment as Lead Plaintiff and Lead Counsel by [30 days from the date of the Notice].

**IT IS SO ORDERED.**

Dated:_____        _____
                                    [United States District Judge], or
                                    [United States Magistrate Judge]