**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

WALTER EDWARD LEMM, JR.,
Individually and on Behalf of All Others
Similarly Situated,

               Plaintiff,

     vs.

NEW YORK COMMUNITY BANCORP,
INC., THOMAS R. CANGEMI, and JOHN J.
PINTO,

               Defendants.

---

No. 24-cv-00903-NRM-JRC

**STIPULATION AND ORDER RE
WAIVER OF SERVICE AND RELATED
RELIEF**

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and the Newly Added Defendants (as defined below), hereby stipulate and agree as follows:

WHEREAS, on February 6, 2024, Walter Edward Lemm, Jr. commenced this action and filed an initial complaint captioned *Lemm v. New York Community Bancorp, Inc.*, No. 1:24-cv-00903-NRM-JRC (E.D.N.Y.) (the "Action") and on February 13, 2024, Dale Miskey filed another complaint captioned *Miskey v. New York Community Bancorp, Inc.*, No. 2:24-cv-01118-NRM-JRC (E.D.N.Y.) (the "*Miskey* action");

WHEREAS, on May 7, 2024, the Court appointed Boston Retirement System as Lead Plaintiff and consolidated the *Miskey* Action into the Action. ECF No. 44;

WHEREAS, on September 9, 2024, the Parties filed a stipulation setting the schedule for Lead Plaintiff's filing of the Amended Complaint for September 25, 2024, as well as a schedule for Defendants' response thereto (ECF No. 66) (the "September 9, 2024 Stipulated Schedule");

WHEREAS, on September 25, 2024, Lead Plaintiff filed an Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint," ECF

No. 69) that, *inter alia*, added Alessandro P. DiNello, Robert Wann, David Treadwell, Dominick Ciampa, Hanif W. Dahya, Leslie D. Dunn, Marshall J. Lux, James J. O'Donovan, Lawrence Rosano, Jr., Ronald A. Rosenfeld, and Lawrence J. Savarese as Defendants (collectively, the "Newly Added Defendants").

IT IS HEREBY STIPULATED AND AGREED among the Parties that, subject to Court approval:

1.   The undersigned counsel for the Newly Added Defendants are authorized to, and hereby do, waive service of the summons and the Amended Complaint in this Action on behalf of the Newly Added Defendants, without waiver of, or prejudice to, any of their rights or defenses, including, but not limited to, with respect to personal jurisdiction.

2.   The Newly Added Defendants consent and are also subject to the relief sought in the September 9, 2024 Stipulated Schedule.

IT IS SO

STIPULATED Dated:

October 23, 2024

Respectfully submitted,

*/s/ Lauren A. Ormsbee*

**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee
Lisa Strejlau
Charles J. Stiene
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Attorneys for Lead Plaintiff Boston Retirement System and Additional Plaintiff Indiana Public Retirement System*


*/s/ Mark P. Gimbel*
**COVINGTON & BURLING LLP**
Mark P. Gimbel
Michael D. Rebuck
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
mgimbel@cov.com
mrebuck@cov.com

*Attorneys for Defendant Hanif W. Dahya*


*/s/ William J. Sushon*
**O'MELVENY & MYERS LLP**
William J. Sushon
Jonathan Rosenberg
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
(212) 509-9400
wsushon@omm.com
jrosenberg@omm.com

*Attorneys for Defendants Robert Wann, Lawrence J. Savarese, James J. O'Donovan, Lawrence Rosano, and Dominick Ciampa*


*/s/ Todd G. Cosenza*
**WILLKIE FARR & GALLAGHER LLP**
Todd G. Cosenza
Zeh S. Ekono
787 Seventh Avenue
New York, NY  10019-6099
Telephone: (212) 728-8677
tcosenza@willkie.com
zekono@willkie.com

3

*Attorneys for Defendants Alessandro DiNello, David Treadwell, Marshall Lux, Leslie Dunn, and Ronald Rosenfeld*

**IT IS SO ORDERED.**

<u>S/ James R. Cho, U.S.M.J.</u>
Date: April 28, 2025