**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALTER EDWARD LEMM, JR., Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br>     vs. <br><br> NEW YORK COMMUNITY BANCORP, INC., THOMAS R. CANGEMI, and JOHN J. PINTO, <br><br>             Defendants. | No. 24-cv-00903-NRM-JRC <br><br> **STIPULATION AND ORDER RE WAIVER OF SERVICE AND RELATED RELIEF** |

Lead Plaintiff Boston Retirement System ("Lead Plaintiff") and newly added Defendant John T. Adams ("Adams"), hereby stipulate and agree as follows:

WHEREAS, on February 6, 2024, Walter Edward Lemm, Jr. commenced this action and filed an initial complaint captioned *Lemm v. New York Community Bancorp, Inc.*, No. 1:24-cv-00903-NRM-JRC (E.D.N.Y.) (the "Action") and on February 13, 2024, Dale Miskey filed another complaint captioned *Miskey v. New York Community Bancorp, Inc.*, No. 2:24-cv-01118-NRM-JRC (E.D.N.Y.) (the "*Miskey* action");

WHEREAS, on May 7, 2024, the Court appointed Boston Retirement System as Lead Plaintiff and consolidated the *Miskey* Action into the Action. ECF No. 44;

WHEREAS, on September 9, 2024, the Parties filed a stipulation setting the schedule for Lead Plaintiff's filing of the Amended Complaint for September 25, 2024, as well as a schedule for Defendants' response thereto (ECF No. 66) (the "September 9, 2024 Stipulated Schedule");

WHEREAS, on September 25, 2024, Lead Plaintiff filed an Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint," ECF No. 69) that, *inter alia*, added Adams (and others) as Defendants.

IT IS HEREBY STIPULATED AND AGREED among Lead Plaintiff and Adams that, subject to Court approval:

1.    The undersigned counsel for Adams is authorized to, and hereby does, waive service of the summons and the Amended Complaint in this Action on behalf of Adams, without waiver of, or prejudice to, any of his rights or defenses, including, but not limited to, with respect to personal jurisdiction.

2.    Adams consents and is also subject to the relief sought in the September 9, 2024 Stipulated Schedule.

IT IS SO STIPULATED

Dated: November 1, 2024                    Respectfully submitted,

                                           */s/ Lauren A. Ormsbee*
                                           **LABATON KELLER
                                           SUCHAROW LLP**
                                           Lauren A. Ormsbee
                                           Lisa Strejlau
                                           Charles J. Stiene
                                           140 Broadway
                                           New York, New York 10005
                                           Telephone: (212) 907-0700
                                           Facsimile: (212) 818-0477
                                           lormsbee@labaton.com
                                           lstrejlau@labaton.com
                                           cstiene@labaton.com

                                           *Attorneys for Lead Plaintiff Boston
                                           Retirement System and Additional Plaintiff
                                           Indiana Public Retirement System*

2

/s/ Joseph Dever
**COZEN O'CONNOR**
Joseph Dever
Matthew Elkin
3 World Trade Center
175 Greenwich Street, 55th Floor
New York, New York 10007
(212) 509-9400
jdever@cozen.com
melkin@cozen.com

*Attorneys for Defendant*
*John T. Adams*

**IT IS SO ORDERED.**


 S/ James R. Cho, U.S.M. J.
Dated: April 28, 2025

3