

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

May 28, 2025

**Jonathan Rosenberg**
D: +1 212 408 2409
jrosenberg@omm.com

**BY ECF**

The Honorable Nina R. Morrison
United States District Judge
225 Cadman Plaza East
Brooklyn, New York  11201

**Re:**    *In re N.Y. Cmty. Bancorp, Inc. Sec. Litig.*, **No. 1:24-cv-00903-NRM-JRC (E.D.N.Y.)**

Dear Judge Morrison:

We represent defendants Robert Wann, Dominick Ciampa, James J. O'Donovan, Lawrence Rosano, and Lawrence J Savarese, and respectfully submit this letter, under Rule 5.1 of Your Honor's Individual Practice Rules, to request a pre-motion conference for a motion to dismiss Plaintiffs' Amended Consolidated Class Action Complaint (the "Complaint") (ECF 69).  Our clients join in, adopt, and incorporate by reference the arguments in NYCB's May 28, 2025 pre-motion conference letter for dismissal of the Complaint's claims under the Securities Act of 1933, the only claims in which our clients are named.

Respectfully submitted,

*/s/ Jonathan Rosenberg*

Jonathan Rosenberg

cc:  all counsel of record (by ECF)

Austin  •  Century City  •  Dallas  •  Houston  •  Los Angeles  •  Newport Beach  •  New York  •  San Francisco  •  Silicon Valley  •  Washington, DC
Beijing  •  Brussels  •  Hong Kong  •  London  •  Seoul  •  Shanghai  •  Singapore  •  Tokyo