# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3746
nyadava@jonesday.com

June 12, 2025

VIA ECF

The Honorable Nina R. Morrison
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *In re New York Community Bancorp, Inc. Securities Litigation*, No. 24-cv-00903-NRM-JRC

Dear Judge Morrison:

    We represent Defendant Flagstar Financial, Inc. (f/k/a New York Community Bancorp, Inc.) in the above-captioned action. Pursuant to Your Honor's June 9, 2025 Text Order and Individual Practice Rule 5.2.2, we write jointly with all parties to propose a briefing schedule for Defendants' motion(s) to dismiss the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint"). The parties respectfully request that the Court enter the following schedule:

1. Defendants shall move to dismiss the Amended Complaint on or before August 8, 2025.

2. Plaintiffs shall file their opposition(s) to the motion(s) to dismiss on or before October 7, 2025.

3. Defendants shall file their reply (or replies) in support of their motion(s) on or before November 21, 2025.

    We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    */s/ Nina Yadava*
                                    Nina Yadava

cc:    All Counsel of Record (*via ECF*)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON