Direct Number: +1.212.326.3746
NYADAVA@JONESDAY.COM

August 5, 2025

<u>VIA ECF</u>

The Honorable Nina R. Morrison
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *In re New York Community Bancorp, Inc. Securities Litigation*, No. 24-cv-00903-NRM-JRC

Dear Judge Morrison:

We represent Defendant Flagstar Financial, Inc. (f/k/a New York Community Bancorp, Inc.) in the above-captioned action. We write jointly with all parties to request that the Court enter an order regarding page limitations for briefing on Defendants' forthcoming motion to dismiss, the briefing schedule for which was entered by the Court on June 13, 2025.

In the interest of efficiency, the 15 Defendants in this matter (represented by five different law firms) intend to submit a single joint motion that addresses all of the claims. Accordingly, the parties respectfully request permission to file briefs that exceed the Court's default page limitations as follows:

1. The brief in support of the motion to dismiss shall not exceed 50 pages;

2. The brief in opposition to such motion to dismiss shall not exceed 53 pages;

3. The reply brief in support of the motion to dismiss shall not exceed 30 pages.

We thank the Court for its attention to this matter.

    Respectfully submitted,

    */s/ Nina Yadava*
    Nina Yadava

cc:    All Counsel of Record (*via ECF*)