# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

Direct Number: +1.212.326.3746
NYADAVA@JONESDAY.COM

August 8, 2025

VIA EMAIL & ECF

Lauren A. Ormsbee
Labaton Keller Sucharow LLP
140 Broadway
New York, NY 10005

  Re: *In re New York Community Bancorp, Inc. Securities Litigation*, No. 24-cv-00903-NRM-JRC

Dear Ms. Ormsbee:

  We represent Defendant Flagstar Financial, Inc. (f/k/a New York Community Bancorp, Inc.), and write jointly with counsel for all other defendants in the above-captioned matter (together, the "Defendants"). Enclosed are: (1) Defendants' Notice of Motion to Dismiss; (2) Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and (3) the Declaration of Nina Yadava in Support of Defendants' Motion to Dismiss with accompanying exhibits.

  In accordance with Rule 5.2.3.1 of the Court's Individual Practice Rules and the Court's June 13, 2025 Order, these documents will be filed on the docket when the motion is fully briefed. In addition, a copy of this letter will be electronically filed with the Court.

        Sincerely,

        */s/ Nina Yadava*
        Nina Yadava

cc: The Honorable Nina R. Morrison (via ECF, without enclosures)
   All Counsel of Record (via email)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON