AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | | |
|---|---|---|---|
| WALTER EDWARD LEMM, JR., et al. | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:24-cv-00903-NRM-JRC |
| NEW YORK COMMUNITY BANCORP, et al. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Garfield

Date: 09/02/2025

/s/ Beth A. Keller
*Attorney's signature*

Beth A. Keller (BK-9421)
*Printed name and bar number*

Law Offices of Beth A. Keller, P.C.
118 N. Bedford Road, Ste. 100
Mount Kisco, NY 10549

*Address*

bkeller@keller-lawfirm.com
*E-mail address*

(914) 752-3040
*Telephone number*

(914) 752-3041
*FAX number*